# EXHIBIT A
## LinkedIn Profile of Doug Isaacson, Accessed May 16, 2020

5/16/2020                    Doug Isaacson - CEO - Minto Development Corporation | LinkedIn

**L  k**                                        Join now   **Sign in**

| Doug Isaacson |
|---|

### Doug Isaacson

CEO, Minto Development Corporation; Chairman,
Tene Hut'aane LLC Councilman (CONP) and Preaching
Pastor, St. Paul Church

North Pole, Alaska · 500+ connections

Join to Connect

**Minto Development Corporation**

**Western Seminary**

🔗 **Company Website** ↗

## About

My day job as CEO of Minto Development Corporation is to provide visionary and collaborative leadership, to engage in innovative growth sectors that have potentially global markets; to "break trail for future generations" in sustainable enterprises that help to beneficially change lives and bring profitable opportunities to Rural Alaska. I Chair the four-Native Village Corporation Consortium called Tene Hut'aane LLC (which means, "Trail People") with the Village Corporations of Nenana, Manley, Stevens Village and Minto. Altogether, our projects are in government contracting, electricity transmission, wilderness safety specialists, Tribal enterprises, and lending.

My civic job is as a North Pole City Councilman, helping North Pole navigate changing times with a constrained and balanced budget; prepare for, adapt to, and encourage growth in alignment with our Strategic Vision and the enlarged mission at nearby Eielson Air Force Base.

My Sunday job is the joy of preaching to a dedicated congregation at St. Paul Church, a Bible-

1

# EXHIBIT A
## LinkedIn Profile of Doug Isaacson,
## Accessed May 16, 2020

5/16/2020                               Doug Isaacson - CEO - Minto Development Corporation | LinkedIn

**L  k**                                                    Join now    **Sign in**

Doug Isaacson

Alliance, Fairbanks Chamber of Commerce, North Pole Community Chamber, and the Santa
Seniors Center.

## Activity

For the love of #Fairbanks and our national security. #Alaska
congressional delegation, state legislators, local officials and
community leaders...

Liked by **Doug Isaacson**

What Coach Taught Me!

Liked by **Doug Isaacson**

Truth. Find your passion!

Liked by **Doug Isaacson**

## Experience

### CEO

Minto Development Corporation

Aug 2015 – Present · 4 years 10 months

Faibanks and Minto, Alaska

Minto Development Corporation is a wholly owned subsidiary of Seth-De-Ya-Ah
Corporation, the ANCSA village Corporation for federally recognized native village of
Minto. MDC is looking for revenue-generating opportunities in growth sectors that will
provide Minto a direct and/or indirect benefit in workforce development, to nurture and

# EXHIBIT B
## Image of 597 Peace Pipe Rd., Lac du Flambeau, WI 54538



# EXHIBIT C
## LDF Holdings Website – Operations Team Excerpt, Accessed April 30, 2020



https://ldf-holdings.com/operations-team/ Accessed April 30, 2020 15:35

# EXHIBIT D
## LinkedIn Profile of Jessi Lorenzo,
## Accessed April 30, 2020



https://www.linkedin.com/in/jessi-phillips-lorenzo-bb56774/  Accessed April 30, 2020, 15:41

# EXHIBIT E
## National Small Loan Website,
## Accessed October 5, 2020

## Contact Us

📞 1-877-807-4827 (tel:1-877-807-4827)
🖨 1-866-513-0374

🕐 9:00 AM – 5:00 PM EST

✉ support@nationalsmallloan.com (mailto:support@nationalsmallloan.com)

 (https://onlinelendersalliance.org/look-for-the-ola-seal)

 (https://nativefinance.org/)

## Excluded States

National Small Loan does not lend to residents of Arkansas, Connecticut, New York, Pennsylvania, Virginia, Washington, West Virginia, and Wisconsin. Availability of installment loans are subject to change at any time at the sole discretion of National Small Loan.

National Small Loan takes the efforts to combat fraud in the lending industry seriously. If you believe you have been a victim of fraud, please call the Online Lenders Alliance Consumer Hotline at (866) 299-7585.

∧

## Advantages of Installment Loans

# EXHIBIT E
## National Small Loan Website,
## Accessed October 5, 2020

Faster than a Bank Loan

Stronger than a Cash Advance

More Powerful than a Credit Card

The Loan that Gives YOU the Power.

Midaaswi, LLC is an instrumentality and limited liability company which abides by the principles of federal consumer finance laws, as incorporated by the Lac du Flambeau Band of Lake Superior Chippewa Indians of Wisconsin. **This is an expensive form of borrowing and it is not intended to be a long-term financial solution.**

View Midaaswi, LLC's Privacy Policy here (https://www.nationalsmallloan.com/privacy-policy/).

View Midaaswi, LLC's lending license here (https://www.nationalsmallloan.com/Midaaswi-Lending-License-exp-2021.pdf).

National Small Loan reviews your information in real-time to determine whether your information meets our lending criteria. You acknowledge that by completing and submitting the website application that you are applying for a loan. We verify applicant information through national databases including, but not limited to, Clarity and Factor Trust and we may pull your credit in order **to verify your identity and to determine your eligibility and ability to repay.**

*The cut-off time for ACH next business day funding is 2:00 PM EST, Monday-Friday, except holidays.

©2019 National Small Loan, All Rights Reserved.

7

**EXHIBIT F**
**Radiant Cash Website,**
**Accessed August 19, 2020**

## RadiantCash and Lac Du Flambeau Band of Chippewa Indians



RadiantCash Loans are offered by Ishwaaswi, LLC dba RadiantCash.

Ishwaaswi, LLC is a Native American owned business created by and for the Lac Du Flambeau Band of Chippewa Indians, a Federally Chartered Sovereign American Indian tribe.

RadiantCash is licensed by the Lac Du Flambeau Tribal Financial Licensing and Regulatory Agency and this loan is regulated by such Authority.

The Tribe enjoys governmental sovereign immunity and has the same powers as a State under the U.S. Constitution.

LDF's Business Development Committee and Regulatory Authority govern lending activities and make sure all applicable Federal Laws are adhered to. The agencies also adhere to fair and prompt resolution of any disputes or misunderstandings that arise.

**EXHIBIT F**
**Radiant Cash Website,**
**Accessed August 19, 2020**

RadiantCash is operated on the Lac Du Flambeau reservation located in Wisconsin.

Our license can be viewed at the Compliance (/#compliancePadded) section of the RadiantCash website.

RadiantCash follows over 18 Federal laws related to consumer lending.

The Band has inhabited the Lac du Flambeau area since 1745 when Chief Keeshkemun led the Band to the area. The Band acquired the name Lac du Flambeau from its gathering practice of harvesting fish at night by torchlight. The name Lac du Flambeau, or Lake of the Torches, refers to this practice and was given to the Band by the French traders and trappers who visited the area.

The Lac du Flambeau Reservation was officially established by treaties in 1837 and 1842. The area was continually logged in the following years and became a tourist destination for families from southern Wisconsin and Illinois around the turn of the century.

The Lac du Flambeau Reservation has 260 lakes, 65 miles of streams, lakes and rivers, and 24,000 acres of wetlands.

### New Loan Application

$600

$300                                    $1000

| First Name | Last Name |
| Email Address | Zip Code |

# EXHIBIT F
## Radiant Cash Website,
## Accessed August 19, 2020

This is an expensive form of credit. RadiantCash loans are designed to help you meet your short-term borrowing needs. Appropriate emergencies might be a car repair, medical care for you or your family, or travel expenses in connection with your job. This service is not intended to provide a solution for longer-term credit or other financial needs. Alternative forms of credit, such as a credit card cash advance, personal loan, home equity line of credit, existing savings or borrowing from a friend or relative, may be less expensive and more suitable for your financial needs. Refinancing may be available and is not automatic. Late fees and non-sufficient funds/returned item fees may apply as described in your Loan Agreement. We will never charge you any "hidden fees" that are not fully disclosed in the Loan Agreement or the Loan Cost & Terms. If you do not make a payment on time we will attempt to contact you via one or more authorized methods. We adhere to the principles of the federal Fair Debt Collection Practices Act (FDCPA). Because we may report your payment history to one or more credit bureaus, late or non-payment of your loan may negatively impact your credit rating. If you fail to repay your loan in accordance with its terms, we may place your loan with or sell your loan to a third-party collection agency or other company that acquires and/or collects delinquent consumer debt.

* If we extend credit to a consumer, we will consider the bank account information provided by the consumer as eligible for us to process payments against.

* We do not always lend in every state. Our states of operation change frequently, please check back periodically to see if we are doing business in your state. Currently, among some other states, we do not offer RadiantCash Loans to residents in Maryland, Massachusetts, Vermont, West Virginia, Georgia, Connecticut, Minnesota, Wyoming, Utah, California, New York, Texas, Oregon, Maine, New Hampshire, Montana, Colorado, Wisconsin, Arkansas, Virginia, Pennsylvania and the District of Columbia.

* RadiantCash Loans are offered by Ishwaaswi, LLC dba RadiantCash. Ishwaaswi, LLC is a Native American owned business created by and for the Lac Du Flambeau Band of Chippewa Indians, a Federally Chartered Sovereign American Indian tribe. RadiantCash is operated on the Lac Du Flambeau reservation located in Wisconsin.

* Loan applications fully verified and approved by 6pm CT will be funded the next business day Monday - Thursday. Loan applications approved by 6pm CT on Friday will be funded the following Monday so long as the Monday is not a bank holiday.

* As part of our information collection process, we may detect additional bank accounts under the ownership of the consumer. We will consider these additional accounts to be part of the application process. *** For underwriting and verification purposes only, we always obtain prior or separate customer authorization when trying to obtain additional consumer bank account information as a potential payment option.

**EXHIBIT G**
**Loan At Last Website,**
**Accessed April 30, 2020**



Questions? Call (844) 676-8550      SIGN YOUR LOAN AGREEMENT      MEMBER LOGIN

## *At Loan at Last, we are transparent about our loan terms and strive to make the loan process as simple as possible for our customers.*

Loan at Last (Niizhwaaswi, LLC) is a tribal lending entity wholly owned by the Lac Du Flambeau Band of Chippewa Indians, a Federally Chartered Sovereign American Indian tribe. We offer loans to people with bad credit to help in a time of need.

We abide by the principles of the following Federal laws including:

- ✓ Truth in Lending Act
- ✓ Electronic Funds Transfer Act
- ✓ Fair Debt Collection Practices Act
- ✓ Fair Credit Reporting Act
- ✓ Privacy Provisions of the Gramm-Leach-Bliley Act
- ✓ Equal Credit Opportunity Act

https://loanatlast.com/about/ accessed April 30, 2020, 14:53

# EXHIBIT H
## Minto Financial's Lending License

**Minto Financial Services Licensing & Regulatory Commission**
P.O. Box 58112, Minto, Alaska 99758
Phone: (402) 203-5431
Email: mintofslrc@gmail.com

Ch'echalyu    Bedzeyh Ti Xwt' ana    Tonidra Ghetslina    Tsiyhyu 

*Artwork by Knowland Silas*

THIS LICENSE MUST BE CONSPICIOUSLY POSTED IN THE PUBLIC OFFICE

**LICENSE #2019-0001**

## CERTIFICATE OF LICENSURE
## FINANCIAL SERVICES COMPANY

*This is to Certify*, that pursuant to an in accordance with the Tribal Credit Code of the Minto Tribe, I, the undersigned, as Commissioner of the Minto Financial Services Licensing & Regulatory Commission, do hereby issue this license to engage in Financial Services to the below-named company:

Minto Financial
205 Lakeview Drive, Suite 7
Minto, Alaska 99758

subject to revocation provided by Tribal Law. This license is a revocable privilege to do business within the jurisdiction of the Minto Tribe. The issuance of this License is based on the Application filed with the Commission on June 3, 2019. This License has an **Issuance/Effective Date of June 3, 2019**, and an **Expiration Date of June 2, 2021**.

This license cannot be transferred or assigned and continues in effect until terminated/suspended under Tribal Law or until the Expiration Date.

*In Witness Whereof*, I have hereto set my hand on the date appearing below.

Date: June 3, 2019

SHANE THIN ELK, COMMISSIONER
Minto Financial Services Licensing &
Regulatory Commission

"In the old days everybody belonged to a clan. In Minto there are four clans:
Caribou – (Bedzeyh Ti Xwt'ana) Fishtail – (Ch'echalyu) Paint – (Tsiyhyu) Middle – (Tonidra Gheltslina)"

# EXHIBIT I
## Domain Name Registration for bedco.us,
## Record Date: December 19, 2018

```
Domain Name: bedco.us

Registry Domain ID: D2C51CDC3615A45FBACC3510C73006131-NSR

Registrar WHOIS Server: whois.godaddy.com

Registrar URL: whois.godaddy.com

Updated Date: 2018-12-19T23:23:15Z

Creation Date: 2018-12-14T23:23:15Z

Registry Expiry Date: 2023-12-14T23:23:15Z

Registrar: GoDaddy.com, Inc.

Registrar IANA ID: 146

Registrar Abuse Contact Email:  abuse@godaddy.com

Registrar Abuse Contact Phone: +1.4806242505

Domain Status: clientRenewProhibited https://icann.org/epp#clientRenewProhibited

Domain Status: clientUpdateProhibited https://icann.org/epp#clientUpdateProhibited

Domain Status: clientDeleteProhibited https://icann.org/epp#clientDeleteProhibited

Domain Status: clientTransferProhibited https://icann.org/epp#clientTransferProhibited

Registry Registrant ID: C4D1D4E5F1876405E9905EDDAC***3D78E-NSR

Registrant Name: Douglas Isaacson

Registrant Organization: Minto Development Corporation

Registrant Street: 615 Bidwill Ave

Registrant Street: Ste 303

Registrant Street:

Registrant City: Fairbanks

Registrant State/Province: Alaska

Registrant Postal Code: 99701

Registrant Country: us

Registrant Phone: +1.9073740968

Registrant Phone Ext:

Registrant Fax:

Registrant Fax Ext:

Registrant Email:  dougwisaacson@gmail.com

Registrant Application Purpose: P1
```

# EXHIBIT I
## Domain Name Registration for bedco.us,
## Record Date: December 19, 2018

```
Registrant Nexus Category: C21

Registry Admin ID: CCB123C66C05A47D2B1B216168AC3EF47-NSR

Admin Name: Douglas Isaacson

Admin Organization: Minto Development Corporation

Admin Street: 615 Bidwill Ave

Admin Street: Ste 303

Admin Street:

Admin City: Fairbanks

Admin State/Province: Alaska

Admin Postal Code: 99701

Admin Country: us

Admin Phone: +1.9073740968

Admin Phone Ext:

Admin Fax:

Admin Fax Ext:

Admin Email:   dougwisaacson@gmail.com

Admin Application Purpose: P1

Admin Nexus Category: C21

Registry Tech ID: CF0FE086006014B70AC575019F2BA2A62-NSR

Tech Name: Douglas Isaacson

Tech Organization: Minto Development Corporation

Tech Street: 615 Bidwill Ave

Tech Street: Ste 303

Tech Street:

Tech City: Fairbanks

Tech State/Province: Alaska

Tech Postal Code: 99701

Tech Country: us

Tech Phone: +1.9073740968

Tech Phone Ext:

Tech Fax:
```

# EXHIBIT I
## Domain Name Registration for bedco.us,
## Record Date: December 19, 2018

```
Tech Fax Ext:

Tech Email:  dougwisaacson@gmail.com

Tech Application Purpose: P1

Tech Nexus Category: C21

Name Server: ns03.domaincontrol.com

Name Server: ns04.domaincontrol.com

DNSSEC: unsigned
```

# EXHIBIT J
## Isaacson Responses to Consumer Complaints on BBB regarding Minto Money

5/16/2020                    Minto Money | Complaints | Better Business Bureau® Profile

## Better Business Bureau®

Home > Alaska > Minto > Loans > Minto Money > Complaints
BBB remains operational and focused on serving our business community.  **Read more.**   ✕

**«  Complaints**

# Complaints

 **Minto Money**

📍 PO Box 58112
Minto, AK 99758-0112

🌐 https://mintomoney.com/

📞 (844) 446-4686

---

**Complaint Type:** Billing/Collection Issues       **Status:** Answered

04/20/2020

A few weeks ago I took a $1,000 loan with this company Mintomoney. They advertised you can pay off the loan early with no penalties. I believed it was a 6.5% annual interest and 10 months. They now say it's over 650% annual interest and instead of monthly payments they take money out of my account weekly (+$130). I had already made six +$130 payments every week for the following 6 weeks since I took the loan equaling to around $784. I requested a payoff amount to pay it all off at the 6 weeks mark and told me the payoff amount was $1,028 (on a recent 6 weeks old loan). I complained it must be wrong and they replied a few days later on April 17th 2020 that the payoff amount went up to $1,157.19 and will keep going up daily. I complained, why they want to charge me over $940 on fees on a $1,000 loan that I want to pay off early in only 6 weeks instead of 10 months after they said there was no penalties or fees to pay it off early & why they took too many days to respond and increase the pay off amount I requested. That it's impossible I still owe $1,157 after me already having paid them $784 in 6 weeks on a $1,000 loan.They said they charge for the 10 months interest charges upfront first and that out of the $784 paid only $6 went to the principal. I told them they could not charge me for 10 months of interest upfront because it's only been 6 weeks since I took the loan and that I wanted to pay it early & they can't charge me for 10 months in to the future. I revoked any authorization to make future automatic withdrawals from my bank & ask to verify they have the numbers right so I could pay it off. I told them I just discovered that

This website uses cookies to analyze traffic, assist with navigation, and improve your experience. You can learn more about our cookies in our Privacy Policy.

https://www.bbb.org/us/ak/minto/profile/loans/minto-money-1296-1000080311/complaints#411552587                    1/7

# EXHIBIT J
## Isaacson Responses to Consumer Complaints on BBB regarding Minto Money

5/16/2020                          Minto Money | Complaints | Better Business Bureau® Profile

| Response | 04/23/2020 |
| --- | --- |

I am writing on behalf of Minto Financial dba Minto Money ("Minto Money"), a wholly owned economic development arm of the Native Village of Minto, a federally recognized sovereign American Indian tribe (the "Tribe"), located in Minto, Alaska, in response to the above referenced complaint. While Minto Money is not subject to regulation by states, the Tribe takes the concerns
of other sovereigns and our customers seriously, and we are happy to respond to your inquiry.

Minto Money is wholly owned by the Tribe, and functions as an economic arm of the Tribe. Through Minto Money the Tribe raises governmental revenues to provide services to Tribal citizens, just as other sovereign governments do with revenues they generate through taxation or other means. Tribal jurisdiction is clearly indicated on our Website, and in all of our documents, contracts, etc. Minto is a sovereign-owned enterprise which the Tribe closely regulates, and from which the Tribe requires consumer-protective best practices. Minto Money loans are legal under applicable Tribal law, which requires compliance with the principles of federal consumer protection laws.

The interest and fees applicable to the customer's loan are permitted by Tribal law. A customer is free to enter into contracts with choice of law provisions invoking the laws of other sovereigns, a particularly common practice in the financial services industry. The terms and conditions of the loan were clearly and accurately reflected in the loan agreement that the customer voluntarily signed before receiving the loan. The customer also received a TILA disclosure that outlined the amount and date of each payment required under the loan agreement.

Minto Money strives for excellent customer service and always endeavours to make it right for any customer who is not satisfied with their experience. Therefore, at our sole discretion, we will reach out to the customer with an offer to resolve their concerns. We trust that you will find this letter of explanation satisfactory and resolves the matter.
Respectfully,
Doug I*******
General Manager, Minto Financial

**Complaint Type:** Billing/Collection Issues    **Status:** Answered

04/15/2020

I borrowed $625 from Minto money on 02/25/2020. I made 3 payments towards my loan on 03/13/2020 in the amount of $163.88, and on 03/27/2020 for $163.88 and the third payment was on 04/10/2020 in the amount of $163.88. Total payments made were $491. I called today (04/15/2020) to pay off my loan. I was shocked when I knew that the payment amount was $676. I asked about the interest rate on my loan which I paid off in just 45 days and they said the interest is 600%. I think this is predatory lending and it

This website uses cookies to analyze traffic, assist with navigation, and improve your experience. You can learn more about our cookies in our Privacy Policy.

17

# EXHIBIT J
## Isaacson Responses to Consumer Complaints on BBB regarding Minto Money

Re:      Complaint ID #********
***** *** MM#*********

To Whom It May Concern:

I am writing on behalf of Minto Financial dba Minto Money ("Minto Money"), a wholly owned economic development arm of the Native Village of Minto, a federally recognized sovereign American Indian tribe (the "Tribe"), located in Minto, Alaska, in response to the above referenced complaint.   While Minto Money is not subject to regulation by states, the Tribe takes the concerns of other sovereigns and our customers seriously, and we are happy to respond to your inquiry.

Minto Money is wholly owned by the Tribe, and functions as an economic arm of the Tribe. Through Minto Money the Tribe raises governmental revenues to provide services to Tribal citizens, just as other sovereign governments do with revenues they generate through taxation or other means.  Tribal jurisdiction is clearly indicated on our Website, and in all of our documents, contracts, etc. Minto is a sovereign-owned enterprise which the Tribe closely regulates, and from which the Tribe requires consumer-protective best practices.  Minto Money loans are legal under applicable Tribal law, which requires compliance with the principles of federal consumer protection laws.

The interest and fees applicable to the customer's loan are permitted by Tribal law. A customer is free to enter into contracts with choice of law provisions invoking the laws of other sovereigns, a particularly common practice in the financial services industry. The terms and conditions of the loan were clearly and accurately reflected in the loan agreement that the customer voluntarily signed before receiving the loan.  The customer also received a TILA disclosure that outlined the amount and date of each payment required under the loan agreement. As such, we consider this matter resolved.
Respectfully,

Doug I*******
General Manager, Minto Financial

Customer Response                                                                04/17/2020

Complaint: ********

I am rejecting this response because:
1- I didn't know that minto money belonged to a tribe when I took the loan. They didn't tell me they belonged to a tribe and they didn't tell me they were not subject to regulations. If they belong to a tribe then they probably should limit their lending to their tribe members.
2- I still think that 600% interest in 45 days is predatory lending practices.

This website uses cookies to analyze traffic, assist with navigation, and improve your experience. You can learn more about our cookies in our Privacy Policy.

# EXHIBIT J
## Isaacson Responses to Consumer Complaints on BBB regarding Minto Money

**Customer Response**                                                04/11/2020

I am rejecting this response because they have clearly taking way over the amount of money I owe. Which they aren't even allowed to do business in the state of Maryland. They are illegal in the state of Maryland.

**Complaint Type:** Problems with Product/Service      **Status:** Answered

11/29/2019

I did not apply for or approve this loan. I don't know who did but this company better stop calling my number and taking money out of my account or i'll file a police report against them



**Response**                                                         12/04/2019

I am writing on behalf of Minto Financial dba Minto Money ("Minto Money"), a wholly owned economic development arm of the Native Village of Minto, a federally recognized sovereign American Indian tribe (the "Tribe"), located in Minto, Alaska, in response to the above referenced complaint. The Tribe takes these types of inquiries very seriously, and we would like to provide you with the below information.

The complainant states that they did not apply for a loan. The loan issued only after receiving a loan application in the complainant's name as well as a telephone call with full verifications reviewing the terms of the loan. We do have the telephone recording from the date of loan origination as well as recent correspondence from complainant regarding the ACH debit of 11/30/2019 where they state that they had requested to mail in the payment.

If the complainant believes they have been the victim of identity theft, they can provide the following to the Company to further investigate: (1) A completed identity theft report, which can be found at the Federal Trade Commission's website, https://www.identitytheft.gov/Assistant# or a police report outlining the alleged identity theft; and (2) proof of identification, such as a copy of a driver's license, a copy of a government issued identification card, or social security number.

Minto Money strives for excellent customer service and always endeavors to make it right for any customer who is not satisfied with their experience. Therefore, as a one-time courtesy, and for no other reason than to demonstrate excellent customer service, we will reach out to the customer in an attempt to resolve their complaint.

This website uses cookies to analyze traffic, assist with navigation, and improve your experience. You can learn more about our cookies in our Privacy Policy.

# EXHIBIT K
## Screenshot of mintodevelopmentcorp.com,
## Accessed October 6, 2020

**Minto Development Corporation (https://mintodevelopmentcorp.com/)**

Breaking Trail for Future Generations



## SERVICES

**Visit this page in the near future...**

... We are developing exciting products and services!

**We'll talk more about our products here, in the near future!**

**EXHIBIT L**
**Screenshot of bedco.us,**
**Accessed May 16, 2020**

5/16/2020                    Benhti Economic Development Corporation – Advancing Economic Opportunities

Benhti
Economic
Development
Corporation

ADVANCING ECONOMIC
OPPORTUNITIES

Search ...



Home



Product / Service #1

bedco.us                                                    1/6

21

# EXHIBIT L
## Screenshot of bedco.us,
## Accessed May 16, 2020

Whatever your company is most known for should go right here, whether that's bratwurst or baseball caps or vampire bat removal.

Learn More



## Product / Service #2

What's another popular item you have for sale or trade? Talk about it here in glowing, memorable terms so site visitors have to have it.

Learn More

# EXHIBIT M
## Plaintiff's Experian Consumer Disclosure, July 16, 2020, Inquiries Excerpt



**CONSUMER REPORT VIEWS/SOFT INQUIRIES**

Soft inquiries are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts. Soft inquiries do not impact your credit score.



**CLARITY SERVICES INC No phone # available** On behalf of MINTO MONEY (8774) for 30 **Date: 05/11/20**

**CLARITY/MINTO MONEY** 205 LAKEVIEW DR STE 7 MINTO AK 99758 (907) 798 7342  **Date: 05/11/20**
**CLARITY/MINTO MONEY** 205 LAKEVIEW DR STE 7 MINTO AK 99758 (907) 798 7342  **Date: 05/11/20**
**CLARITY/ZOCALOANS** 27565 RESEARCH PARK DR MISSION SD 57555 **No phone # available  Date: 05/11/20**
**CLARITY/ZOCALOANS** 27565 RESEARCH PARK DR MISSION SD 57555 **No phone # available  Date: 05/11/20**

# EXHIBIT M
## Plaintiff's Experian Consumer Disclosure, July 16, 2020, Inquiries Excerpt

JERRY GLENN COX Jr| Report # **0660-1422-06** for **07/16/20**

**CLARITY SERVICES INC** 15550 LIGHTWAVE DR CLEARWATER FL 33760 **No phone # available** On behalf of NATIONAL SMALL LOAN (340 for 30 **Date: 01/28/20**

**CLARITY SERVICES INC No phone # available** On behalf of RADIANT CASH (5282) for 30 **Date: 08/30/18**
**CLARITY SERVICES INC** PO BOX 5717 CLEARWATER FL 33758 (866) 390 3118 On behalf of CNU ONLINE HOLDINGS(1148 for 30 **Date: 08/30/18**
**CLARITY SERVICES INC** PO BOX 5717 CLEARWATER FL 33758 **No phone # available** On behalf of RADIANT CASH (5282) for 30 **Date: 08/30/18**
**CLARITY SERVICES INC** PO BOX 5717 CLEARWATER FL 33758 **No phone # available** On behalf of CHECKADVANCEUSANET (6212 for 30 **Date: 08/30/18**
**CLARITY/CHECKADVANCEUSA.** 1 WAKPAMNI WAY BATESLAND SD 57701 **No phone # available  Date: 08/30/18**

**PERSONALLOANS.COM** 318 N CARSON ST STE 208 CARSON CITY NV 89701 (310) 929 5566  **Date: 08/30/18**

0167960876

page 11 of 16

# EXHIBIT N
## Hillsborough County Resident's Loan Agreement with ZocaLoans

**Rosebud Lending LZO d/b/a ZocaLoans**
**LOAN AGREEMENT**

Lender:

Rosebud Lending LZO d/b/a ZocaLoans
PO Box 1147, 27565 Research Park Dr,
Mission, SD 57555

support@zocaloans.com

Borrower:



**This is our loan agreement (this "Agreement") with you regarding your loan. It contains important terms and conditions. You should read it carefully before you electronically sign it.**

The words "you" and "your" mean the borrower who has electronically signed it. The words "we", "us" and "our" means Rosebud Lending LZO d/b/a ZocaLoans. We are a sovereign enterprise, an economic development arm and instrumentality of, and wholly owned and controlled by, the Rosebud Sioux Tribe (the "Tribe"), a federally recognized sovereign American Indian Tribe. All disclosures in this Agreement are also terms and conditions of this Agreement.

**You must electronically sign this Agreement and submit it to us with your application. We will then approve or deny your application. If we approve it, the proceeds of your loan will be disbursed to you and this Agreement will be in full effect. If we deny your application, we will notify you of the denial and this Agreement will be terminated.**

**YOU HAVE A RIGHT TO CANCEL THIS AGREEMENT** without cost within three days from the date we notify you that your application has been approved by us. If you decide to cancel this Agreement, you must send us your notice of cancellation by email to support@zocaloans.com or by phone to **1-888-980-1532** no later than midnight Central Time on the second day after the funding date (the "Midnight Deadline"). You must also return all proceeds of your loan that you received by the Midnight Deadline. To return those amounts to us, your notice of cancellation must also include your authorization for us to use one of the payment methods you selected on your Payment Choice Authorization (below). If we do not receive your notice of cancellation and return of your loan proceeds by the Midnight Deadline, then this Agreement will remain in full force and effect.

| FEDERAL TRUTH-IN-LENDING DISCLOSURES | | | |
|---|---|---|---|
| **ANNUAL PERCENTAGE RATE** The cost of your credit as a yearly rate. | **FINANCE CHARGE** The dollar amount the credit will cost you. | **AMOUNT FINANCED** The amount of credit provided to you or on your behalf. | **TOTAL OF PAYMENTS** The amount you will have paid after you have made all payments as scheduled. |
| 738.81% | $2,210.60 | $700.00 | $2,910.60 |

**Payment Schedule**

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 1 | $104.00 | 06/29/2018 |
| 1 | $104.00 | 07/06/2018 |
| 1 | $104.00 | 07/13/2018 |
| 1 | $104.00 | 07/20/2018 |
| 1 | $104.00 | 07/27/2018 |
| 1 | $104.00 | 08/03/2018 |
| 1 | $104.00 | 08/10/2018 |
| 1 | $104.00 | 08/17/2018 |
| 1 | $104.00 | 08/24/2018 |
| 1 | $104.00 | 08/31/2018 |
| 1 | $104.00 | 09/07/2018 |
| 1 | $104.00 | 09/14/2018 |
| 1 | $104.00 | 09/21/2018 |
| 1 | $104.00 | 09/28/2018 |
| 1 | $104.00 | 10/05/2018 |
| 1 | $104.00 | 10/12/2018 |
| 1 | $104.00 | 10/19/2018 |
| 1 | $104.00 | 10/26/2018 |
| 1 | $104.00 | 11/02/2018 |

Page 1/8

# EXHIBIT N
## Hillsborough County Resident's Loan Agreement with ZocaLoans

| | | |
|---|---|---|
| 1 | $104.00 | 11/09/2018 |
| 1 | $104.00 | 11/16/2018 |
| 1 | $104.00 | 11/23/2018 |
| 1 | $104.00 | 11/30/2018 |
| 1 | $104.00 | 12/07/2018 |
| 1 | $104.00 | 12/14/2018 |
| 1 | $104.00 | 12/21/2018 |
| 1 | $104.00 | 12/28/2018 |
| 1 | $102.60 | 01/04/2019 |

**Prepayment:** If you pay off all or any portion of your debt early, you may be entitled to a refund of part of the finance charge. No refund will be provided upon a partial prepayment.

**Late Charge:** If any part of a payment is unpaid for not less than 3 days after it is due, there is a late charge of $25.

☑ **Security Interest:** We have a security interest in the Electronic Fund Transfer ("EFT") authorization.

**Additional Information:** See the Agreement for any additional information about nonpayment, default, and any required repayment in full before the scheduled date, and prepayment refunds and penalties.

---

**Itemization of the Amount Financed**

1. Amount given directly to you: $700.00
2. Amount financed: $700.00

---

SPECIAL NOTICES:

- YOUR LOAN IS AN EXPENSIVE FORM OF BORROWING.
- YOU CAN SAVE FINANCE CHARGES BY PAYING OFF YOUR LOAN EARLY EITHER IN PART OR IN FULL.
- YOUR LOAN IS DESIGNED TO ASSIST YOU IN MEETING YOUR SHORT-TERM CASH NEEDS.
- IT IS NOT A SOLUTION FOR LONGER TERM FINANCIAL PROBLEMS.
- YOU MAY BE RESPONSIBLE FOR ADDITIONAL FEES, AND INTEREST MAY ACCRUE IF YOU CHOOSE TO ROLL OVER OR REFINANCE YOUR LOAN.
- CREDIT COUNSELING SERVICES ARE AVAILABLE IN YOUR COMMUNITY FOR CONSUMERS EXPERIENCING FINANCIAL PROBLEMS.

**YOUR PROMISE TO PAY.** You promise to pay the installment amount on the dates set forth above (each a "Payment Due Date" and collectively, "Payment Due Dates") in the Payment Schedule section of the Federal Truth in Lending Disclosure above. The term "Installment Period" means the time period set forth in the Payment Schedule above when each installment payment on your loan is due. You agree to make your payments using the method or methods you select in your Payment Choice Authorization (below).

**PAYMENTS.** You are required to make the payments for each Installment on or before the Payment Due Dates in your payment schedule. If you would like to repay your loan according to a payment plan other than as set forth herein, you must contact a customer service representative no later than three (3) days prior to your next scheduled Payment Due Date to make those payment schedule modifications if you would like them in effect for the next Payment Due Date. You will make your payments on or before every Payment Due Date until you have paid the entire principal and accrued finance charge(s) and any other charges as described in this Agreement. If, on the final scheduled Payment Due Date, you still owe amounts under this Agreement, you will pay those amounts in full on that date.

**PAYMENT BY CHECK OR MONEY ORDER.** If you elect to pay by check or money order, then you agree to repay all amounts due pursuant to this Agreement via check or money order. All mailed payments must reach us by 4:00 pm Mountain Time on or before the Payment Due Date. If you provide a check as a payment, you authorize us either to use information from your check to make a one-time electronic funds transfer ("EFT") from your Bank Account (as hereinafter defined) or to process the payment as a check transaction. When we use information from your check to make an EFT, funds may be withdrawn from your Bank Account as soon as the same day that we receive your payment, and you will not receive your check back from your financial institution.

**WHEN YOU BEGIN PAYING FINANCE CHARGE(S).** You begin to accrue finance charge(s) for the loan on the Disbursement Date, defined below. The first Installment Period on the loan begins on the Disbursement Date and ends on the first Payment Due Date. Thereafter, each Installment Period begins on the first date following the Payment Due Date and ends on the next Payment Due Date. You will be charged finance charge(s) on the entire Installment Period beginning on the first day of the Installment Period. In calculating Your payments, We have assumed You will make each payment on the day and in the amount due as outlined within Your payment schedule. If any payment is made before the Payment Due Date, the finance charge(s) are due for the entire Installment Period and no refund shall be made for the finance charge(s) charged for the Installment Period. Time is of the essence, which means that there are no grace periods for when

# EXHIBIT O
## Domain Name Registration for zocaloans.com,
## Record Date: July 21, 2019

```
Domain Name: zocaloans.com

Registry Domain ID: 1948139094_DOMAIN_COM-VRSN

Registrar WHOIS Server: whois.godaddy.com

Registrar URL: http://www.godaddy.com

Updated Date: 2019-07-21T10:05:22Z

Creation Date: 2015-07-20T22:30:14Z

Registrar Registration Expiration Date: 2020-07-20T22:30:14Z

Registrar: GoDaddy.com, LLC

Registrar IANA ID: 146

Registrar Abuse Contact Email: abuse@godaddy.com

Registrar Abuse Contact Phone: +1.4806242505

Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited

Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited

Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited

Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited

Registrant Organization: 777 Partners

Registrant State/Province: Florida

Registrant Country: US

Registrant Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/resu
lts.aspx?domain=zocaloans.com

Admin Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/results.a
spx?domain=zocaloans.com

Tech Email: Select Contact Domain Holder link at https://www.godaddy.com/whois/results.as
px?domain=zocaloans.com

Name Server: NS-262.AWSDNS-32.COM

Name Server: NS-776.AWSDNS-33.NET

Name Server: NS-1561.AWSDNS-03.CO.UK

Name Server: NS-1110.AWSDNS-10.ORG

DNSSEC: unsigned

URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

# EXHIBIT P
## Unrelated Consumer's ChexSystems Disclosure, Inquiries Excerpt



| Previous Account Inquiry Detail 3 CustName | TACTICAL MARKETING PARTNERS, LLC |
|---|---|
| Previous Account Inquiry Detail 3 State | FL |
| Previous Account Inquiry Detail 3 Zip | 33131 |
| Previous Account Inquiry Detail 4 Date | 07312018 |

# EXHIBIT Q
## Unrelated Consumer's FactorTrust Disclosure,
## Inquiries Excerpt

FactorTrust                                                     https://www.factortrust.com/consumer/Report.aspx

| Date | Customer ID | Name | Consumer Contact | Dispute Date |
|------|-------------|------|------------------|--------------|
|  |  |  |  |  |
| 03/22/2019 | 3970 | Tactical/ZocaLoans | 27565 Research Park Dr<br>Mission, SD 57555<br>888-980-1532<br>support@zocaloans.com |  |

**PROMOTIONAL INQUIRIES**
The companies listed received your name, address and other limited information about you so they could make a firm offer of credit or insurance. They did not receive your full credit report. These inquiries are not seen by anyone but you and do not affect your score.

| None |
|------|

**ACCOUNT REVIEW INQUIRIES**
The listing of a company's inquiry in this section means that they obtained information from your credit file in connection with an account review or other business transaction with you. These inquiries are not seen by anyone but you and will not be used in scoring your credit file (except insurance companies may have access to other insurance company inquiries, certain collection companies may have access to other collection company inquiries, and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).

| Date | Customer ID | Name | Consumer Contact |
|------|-------------|------|------------------|
|  |  |  |  |

**ADDITIONAL INFORMATION FROM: ChexSystems**
Additional information may be provided to FactorTrust by ChexSystems. The most recent information FactorTrust received from ChexSystems relative to you is listed below, however, the information contained on the files of ChexSystems, may have changed since it was provided to FactorTrust. If you have questions or wish to dispute the accuracy of the information reported below, please see the Notices section of this correspondence for more information regarding how to submit a dispute.

**Date information received:**

| No data |
|---------|

**Date information received: 5/28/2020**

# EXHIBIT R
## Unrelated Consumer's Trans Union Disclosure,
## Inquiries Excerpt



**Account Review Inquiries**

The listing of a company's inquiry in this section means that they obtained information from your credit file in connection with an account review or other business transaction with you. These inquiries are not seen by anyone but you and will not be used in scoring your credit file (except insurance companies may have access to other insurance company inquiries, certain collection companies may have access to other collection company inquiries, and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).

**CUSTOMER 4029 via FACTORTRUSTTACTICAL LE-S**
600 BRICKELL AVE
MIAMI, FL 33131
Phone number not available

**Requested On:** 03/22/2019
**Permissible Purpose:** INSURANCE UNDERWRITING

Page 11 of 16

30

# EXHIBIT S
## Domain Name Registration for nationalsmallloan.com,
## Record Date: October 31, 2014

```
Domain Name: NATIONALSMALLLOAN.COM
Registry Domain ID: 1835914093_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2014-10-31T14:34:48Z
Creation Date: 2013-11-18T15:45:27Z
Registrar Registration Expiration Date: 2015-11-18T15:45:27Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Melissa Drotar
Registrant Organization:
Registrant Street: 7257 NW 4th Blvd #7
Registrant City: Gainesville
Registrant State/Province: FL
Registrant Postal Code: 32607
Registrant Country: United States
Registrant Phone: +1.8002575503
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: melissa@nationalpayday.com
Registry Admin ID:
Admin Name: Melissa Drotar
Admin Organization:
Admin Street: 7257 NW 4th Blvd #7
Admin City: Gainesville
Admin State/Province: FL
Admin Postal Code: 32607
Admin Country: United States
Admin Phone: +1.8002575503
Admin Phone Ext:
Admin Fax:
```

# EXHIBIT S
## Domain Name Registration for nationalsmallloan.com,
## Record Date: October 31, 2014

```
Admin Fax Ext:

Admin Email: melissa@nationalpayday.com

Registry Tech ID:

Tech Name: Melissa Drotar

Tech Organization:

Tech Street: 7257 NW 4th Blvd #7

Tech City: Gainesville

Tech State/Province: FL

Tech Postal Code: 32607

Tech Country: United States

Tech Phone: +1.8002575503

Tech Phone Ext:

Tech Fax:

Tech Fax Ext:

Tech Email: melissa@nationalpayday.com

Name Server: NS35.DOMAINCONTROL.COM

Name Server: NS36.DOMAINCONTROL.COM

DNSSEC: unsigned

URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

# EXHIBIT T
## 2020 Foreign Profit Corporation Annual Report for Strategic Funding Partners, Inc.

**2020 FOREIGN PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# F13000005322

**Entity Name:** STRATEGIC FUNDING PARTNERS, INC.

**FILED**
**Jan 02, 2020**
**Secretary of State**
**5062888893CC**

**Current Principal Place of Business:**

4911 SW 91ST TERRACE, SUITE A
GAINESVILLE, FL 32608

**Current Mailing Address:**

4911 SW 91ST TERRACE, SUITE A
GAINESVILLE, FL 32608

**FEI Number: 26-3693947**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

BUNN, ROBERT
5745 SW 75TH STREET, SUITE 110
GAINESVILLE, FL 32608 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

_____

Electronic Signature of Registered Agent                                                          Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | D | | Title | P |
| Name | TARAVELLA, AARON | | Name | TARAVELLA, AARON |
| Address | 4911 SW 91ST TERRACE, SUITE A | | Address | 4911 SW 91ST TERRACE, SUITE A |
| City-State-Zip: | GAINESVILLE FL 32608 | | City-State-Zip: | GAINESVILLE FL 32608 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: AARON TARAVELLA                                    PRESIDENT                    01/02/2020

Electronic Signature of Signing Officer/Director Detail                                                          Date

# EXHIBIT U
## Internet Archive of NationalSmallLoan.com
## as it appeared on July 6, 2015



# EXHIBIT U
## Internet Archive of NationalSmallLoan.com
## as it appeared on July 6, 2015



our confirmation message and all subsequent messages.

You understand the text messages we send may be seen by anyone with access to your phone. Accordingly, you should take steps to safeguard your phone and your text messages if you want them to remain private.

Please notify us immediately if you change mobile numbers or plan to provide your phone to another person.

If we modify this policy, we will notify you by sending you a text message with a link to the new policy or may even send you an email with those details.  Please be aware that we may terminate our text message program at any time.

If you have any questions about this policy, would like us to email you a copy of this policy or are having problems receiving or stopping our text messages, please contact us using the following information:

     **National Small Loan**
     support@nationalsmallloan.com
     **Subject: Text Message Policy**

You agree and consent to be contacted by National Small Loan, our agents, employees, attorneys, affiliates, subsequent creditors, loan servicing companies, and third-party collectors through the use of email, and/or telephone calls and/or SMS text messages to your cellular, home, or work phone numbers, as well as any other phone number you have provided in conjunction with this account, including the use of automatic telephone dialing systems, auto-dialers, or an artificial or prerecorded voice.

**Opt-Out or STOP**

This policy applies to the text messages sent by National Small Loan to our customers while and after they use our product. If you wish to stop receiving marketing text messages from us, reply to any text message we have sent you and in the reply text simply type STOP.

If you wish to stop receiving all text messages from National Small Loan, including those with information about payment due dates or missed payments, type STOP ALL in the reply text you send us.

Your stop request will become effective within one business day.  You may also stop text messages by calling or emailing us.

**Help or Support**

If at any time you need our contact information or information on how to stop text messages, reply to any text message we have sent you and in the reply text simply type HELP.  You may also email or call us with your questions.  Upon receiving your text message, we will respond with this information. In general, the messages we send provide you with information about your account. Some of the text message we send may include links to websites. To access these websites, you will need a web browser and Internet access.

**National Small Loan**
**Phone:** 1-877-778-8006
**Fax:** 1-866-513-0374
**Email:** support@nationalsmallloan.com
**Hours:** 9:00 AM – 5:00 PM EST
Monday-Friday (except holidays)

2014 National Small Loan, All Rights Reserved.

https://web.archive.org/web/20150706054849/http://www.nationalsmallloan.com/communication-policy/      2/3

# EXHIBIT V
## Screenshot of Nationalpayday.com from August 15, 2020

8/15/2020                   Online Payday Loans - Contact Us - Nationalpayday.com

## Contact Us

> ✔ **Apply Now (/apply/)**

## Important Information for New Applicants

If you recently applied for a payday loan (https://www.mypaydayloan.com/), don't worry – we are reviewing it! We will contact you either my email and/or the phone number you provided to let you know your final application status as soon as possible. If we need additional information or confirmation – we'll contact you for that, too!

We know your loan is important to you – it is equally important to us. So, please do not email or call our offices about your loan application status – we will let you know! Since our processing department handles all incoming calls and emails, repeatedly contacting us before we have a chance to review your application may ultimately cause delays in approval and funding.

If you have any questions or concerns about your loan application, be sure to consult our FAQ (https://www.nationalpayday.com/faq/) page for detailed explanations of our most frequently asked questions. If the FAQs do not clarify things, please contact us via our online contact form (https://www.nationalpayday.com/contact-form/) and we will respond as quickly as possible.

## How to Contact Us with Questions or Comments

We love to hear from our customers and potential customers – answering your questions helps us to serve you better! National Payday has always prided itself on top flight customer service, and we love to hear from our current customers and potential customers.

So, if you have any questions or comments about National Payday, payday loans, cash advances, or any of our other services, please contact us.

In most cases, we'll get back to you quickly – within an hour or two – but please allow up to 24 business hours for a reply. But remember, if you want to save even more time, just check out our FAQ page first!

### Nationalpayday.com
**Phone: 1-877-778-8006**
**Fax: 1-866-513-0374**

Hours of Operation for Customer Service

Monday – Friday from 9:00 a.m. to 12:00 a.m. EST

Weekends from 9:00 a.m. to 6:00 p.m. EST

Our website is accepting applications 24-hours a day, every day of the year

# EXHIBIT W
## Screenshot of NationalSmallLoan.com from August 2020



# EXHIBIT X
## Articles of Incorporation for Cash Now, Inc.



**ARTICLES OF INCORPORATION**

FILED
in the office of the Secretary of State
of the State of California

SEP   8 2009

I

The name of this corporation is *CASH NOW, INC.*

II

The purpose of the corporation is to engage in any lawful act or activity for which a corporation may be organized under the **General Corporation Law** of California other than the banking business, the trust company business or the practice of a profession permitted to be incorporated by the California Corporations Code.

III

The name and address in the State of California of this corporation's initial agent for service of process is:

PARACORP INCORPORATED

IV

This corporation is authorized to issue only one class of shares of stock; and the total number of shares which this corporation is authorized to issue is 10,000.

*Daniel Negari*, Incorporator

# EXHIBIT Y
## Agreement of Merger Between Cash Now, Inc., and ITMedia

THE COMPLETE MERGER FILING IS UNDER
CORPORATE NUMBER _3130843_

D 1266459

**FILED**
Secretary of State
State of California OP

**Agreement of Merger**

3228320 OUT

DEC 08 2014

S/c

This Agreement of Merger is entered into between IT MEDIA, INC., a California corporation (herein "Surviving Corporation") and CASH NOW, INC. a California corporation (herein "Merging Corporation").

1. Merging Corporation shall be merged into Surviving Corporation.

2. The outstanding shares of Merging Corporation shall be canceled without consideration.

IN WITNESS WHEREOF the parties have executed this Agreement.

IT MEDIA, INC.

Daniel Negari, President

Michael Ambrose, Secretary

CASH NOW, INC.

Daniel Negari, President

Michael Ambrose, Secretary

39

# EXHIBIT Z
## PersonalLoans.com, "Example of a Personal Loan APR Range"

8/1/2020                                   Personal Loans® | Fast & Easy Loans For Any Reason

## Important Information

### APR - Annual Percentage Rate

The annual percentage rate (APR) is the annualized interest rate that you are charged on your loan. PersonalLoans.com is not a lending operation and doesn't provide loans, but it does refer consumers to professional lenders who can provide quick and convenient loan assistance. We don't charge fees for this service. PersonalLoans.com does not have the ability to tell you the exact APR that your lender will charge. Annual percentage rates and terms can vary based on not only the information that you supply in your initial loan request, but the information that your lender supplies to you as well.

Your lender will give you the details on the annual percentage rate, cash loan finance charges and other terms once you are redirected to the loan agreement during the process of requesting a personal loan. We recommend that you closely view the terms of any loan offer you get. If you should require help with any PersonalLoans.com–related services, you can **contact us (https://personalloans.com/contact-us)** at your convenience.

#### Example of a Personal Loan APR Range

| Amount | Period | APR | Monthly | Total Paid |
|--------|--------|-----|---------|------------|
| $2,000 | 12 mo | 24% | $189.12 | $2,269.44 |
| $4,000 | 24 mo | 12% | $188.29 | $4,518.96 |
| $6,000 | 36 mo | 12% | $199.29 | $7,174.29 |

### Important Points To Consider

PersonalLoans.com is only partnered with lenders or lending partners who provide potential borrowers with sufficiently detailed information concerning loan terms and conditions prior to their accepting any personal loan offer. We recommend that you closely view the terms of any loan offer you get. The best way to ensure you qualify for rates that works for you is to compare any offer received here to offers you receive from lenders directly. To get more details on these considerations you can view the **Lending Policy (https://personalloans.com/lending-policy)** and **Rates & Fees (https://personalloans.com/rates)** sections of our website.

#### Financial Implications (Interest and Finance Charges)

If your request is approved by a lender, the lender should present exact fees and interest rates prior to closing the loan. Please note that not all of our lenders deduct an origination fee from the loan amount, but instead may add it to the original principal balance. As mentioned earlier, PersonalLoans.com is not a lending operation, so it therefore is unable to tell you what the exact fees and interest attached to your loan offer will be. Please know that you are never under obligation to accept the loan terms that a lender gives you.

Click here for a detailed representative example of a Personal Loan (https://personalloans.com/#aprNew)

#### Implication of Non-Payment

#### Potential Impact To Credit Score

#### Collection Practices

#### Loan Renewal Policy

PersonalLoans.com (/)

© 2020 PersonalLoans.com All Rights Reserved.

Get Started! (/get-started)

[f] (https://www.facebook.com/ploans)

[t] (https://twitter.com/persloans)

40

# EXHIBIT AA
## FTC Warning Letter to ITMedia, May 14, 2020

 

May 14, 2020

**Via Electronic Mail**

ITMedia Solutions LLC
c/o Derek A. Newman, Esq.
Newman DuWors
100 Wilshire Boulevard, Ste. 700
Santa Monica, CA 90401
dn@newmanlaw.com

Re:   **Misleading Small Businesses About Emergency Assistance in the
      Coronavirus Aid, Relief, and Economic Security Act**

### WARNING LETTER

Dear Mr. Newman,

This letter is to advise you that ITMedia Solutions LLC ("IT Media") may be unlawfully misleading small business consumers about federal loans or other temporary small business relief in violation of the Federal Trade Commission ("FTC Act"). 15 U.S.C. § 45.

As you know, the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act") is intended to provide emergency relief to individuals, families, and businesses under severe financial strain amid the novel coronavirus outbreak (COVID-19). The Act offers vital assistance to small businesses struggling to keep their workforces employed, by creating a new Section 7(a) loan program: the Paycheck Protection Program ("PPP"). Small businesses may apply for PPP loans through U.S. Small Business Administration ("SBA")-authorized lenders or other lenders SBA has determined to be eligible.

FTC staff has reviewed IT Media's advertising and marketing, including sba.com, as recently as May 8, 2020. This website has included the following claims:

- Using the name sba.com, the website prominently has touted "Your Paycheck Protection Program Loan starts here" and has solicited consumers to "Get Started" with their PPP loan applications; and

- Consumers who have scrolled further down have been told that sba.com "connect[s] you to our large nationwide network/marketplace of approved PPP (Paycheck Protection Program) lenders".

41

# EXHIBIT AA
## FTC Warning Letter to ITMedia, May 14, 2020

These and other claims on the website suggest, among other things, an affiliation or relationship with the SBA and approved PPP lenders and that consumers can get PPP loans by applying on these sites. To the extent that any of these claims are not truthful, omit material information needed to prevent the claims from misleading consumers, or are not substantiated, they would violate Section 5 of the FTC Act, 15 U.S.C. § 45, which prohibits "unfair or deceptive acts or practices in or affecting commerce." Under Section 5, it is unlawful to make representations that are likely to deceive consumers, including small businesses. This includes express or implied representations, whether made directly or indirectly.

IT Media should take immediate action, including by reviewing and monitoring all advertising and marketing used by, or on behalf of, IT Media in any form (including websites, social media, emails, telemarketing, and text messages), to ensure all deceptive claims are removed. You also should act immediately to remediate any harm to small business consumers stemming from such claims. This letter is not meant to contain an exhaustive list of possible violations related to your products or operations.

Please notify us **within 48 hours** of the support IT Media has for the types of claims described above and specific actions IT Media has taken to address the FTC's concerns by emailing COVID19ResponseDFP@ftc.gov. FTC investigators have copied and preserved your website and marketing materials and will continue monitoring your representations to evaluate whether further action is appropriate in connection with your activity. If you have any questions regarding compliance with the FTC Act, please contact us at COVID19ResponseDFP@ftc.gov.

Sincerely,

MALINI MITHAL
Digitally signed by MALINI MITHAL
Date: 2020.05.14 12:33:32 -04'00'

Malini Mithal
Associate Director, Division of Financial Practices
Federal Trade Commission

Eric S. Benderson
Digitally signed by Eric S. Benderson
Date: 2020.05.14 15:55:32 -04'00'

Eric S. Benderson
Associate General Counsel for Litigation
U.S. Small Business Administration

# EXHIBIT BB
## Former ITMedia Employee's Description of the Company, LinkedIn Profile Excerpt



# EXHIBIT CC
## Unrelated Consumer's Experian Consumer Disclosure, Inquiries Excerpt



3/22/2019                                           Experian - Access your credit report

**Account name**                    **Date of request(s)**
PERSONALLOANS.COM

2800 OLYMPIC BLVD STE 100            03/30/2017
SANTA MONICA, CA 90404
*No phone number available*

**Important messages**

**Medical Information**
By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names

                                                                                    10/13

# EXHIBIT DD
## Domain Name Registration Record for radiantcash.com



# EXHIBIT EE
## Archived Webpage for LionLoans.com



**EXHIBIT FF**
**BBB Webpage Showing MoneyLion Address in South Dakota**



# EXHIBIT GG
## 2014 Article on Dakota Service Center CEO Carol Laib

4/1/2020                                    Dakota Service Center begins operations | Timber Lake Topic

## Dakota Service Center begins operations

Submitted by Edgar on Wed, 05/14/2014 - 5:06pm



Tweet

0
Like

0 (#)

Share
(#)

*Carol Laib, CEO, and Tommie Mettler, Retention Manager, have started training employees for the new call center in Timber Lake.*

Dakota Service Center, a new loan processing company, has hired 20 people and begun training employees in Timber Lake. The office is located in the Aberle & Aberle building on Main Street, where extensive remodeling has been underway in recent weeks. DSC will officially launch loan servicing in early June. Carol Laib of Isabel is the Chief Executive Officer (CEO) of Dakota Service Center. As such, she is responsible for day to day operations, hiring of personnel, and overall management of the operations. Her main office is in Isabel.

**To view more please log in or subscribe to the digital edition**
**(http://www.etypeservices.com/Timber%20Lake%20TopicID443/)**
**Rate this article:**
                    No votes yet

**Log in (/user/login?destination=node/1348%23comment-form)** to post comments

---

Search Articles ...

# EXHIBIT HH
## LinkedIn Profile of Carol Laib, Excerpt



# EXHIBIT II
## LinkedIn Profile of Christopher Loganathan, Excerpt



4/1/2020                                    (11) Christopher Loganathan | LinkedIn

in    🔍 Search                                                              Try Premium Free
                                                                            for 1 Month

Christopher Loganathan                Connect    Message    More...
Software Architect

Open Banking

**Software Architect**
TecForte Sdn Bhd · Full-time
May 2014 – Sep 2016 · 2 yrs 5 mos
Kuala Lumpur, Malaysia

Responsible in managing project with junior and senior software developers, providing software
solutions architect for the Government Prime Minister department software development. The
project called as NC4 (National Cyber Coordination And Command Centre). It's basically a usb
device with registered single sign on (SSO) certificates accessible by registered private cc ...see mor

Tecfo    Homepage                          NC4 Portal -

**Senior Software Engineer Team Lead**
MoneyLion Inc · Full-time
Aug 2012 – Apr 2014 · 1 yr 9 mos
Kuala Lumpur, Malaysia

Responsible for developing and maintaining the financial website which manages USA customers
loan application via these websites. The financial website products are divided into two category,
the first part which is the type of loans offered to customers. The loan products are called as
RadiantCash and LionLoans.                                                    ...see mor

MoneyLion - We help
you achieve financial...

**Senior Software Engineer**
SLA Mobile · Contract
Aug 2011 – Jul 2012 · 1 yr
Malaysia

Provide marketing and business services via marketable technologies to Telco's around APAC and
EUROPE (UK) in maintaining the projects as follows :-

1) UK Vodafone e-commerce web site.

Messaging    7

Dig

https://www.linkedin.com/in/christopherloganathan/?locale=de_DE                          3/5

# EXHIBIT JJ
## Blog and LinkedIn Profile of Thinegan Ratnam, Excerpt



4/1/2020

(11) Thinegan Ratnam | LinkedIn

Search

Try Premium Free for 1 Month

Cornell Exec Leadership - Add an Ivy League Leadership Cert to Your Resun

Connect    🔒 Message

**Thinegan Ratnam**

🌀 MoneyLion

Director Of IT Infrastructure & Security at MoneyLion

University Malaya

Kuala Lumpur, Kuala Lumpur, Malaysia · 500+ connections ·

Contact info

## About

Experienced Head Information Technology Infrastructure with a demonstrated history of working in the financia industry. Skilled in Amazon Web Services (AWS), Agile Development, Payment Card Industry Data Security Stanc DSS), CI/CD, and Linux Platform. Strong Information Technology Professional with a Bachelors of Computer Scie (Hons) focused in Computer Software Engineering from University Malaya.

Tech Stack: Bash/Perl Scripting, PHP, MySQL, Tomcat, Apache, Nginx, NodeJs, PCI DSS, Linux, AWS, Docker, Kube GIT, Atlassian/CICD, ElasticSearch, Kibana, MongoDB, MFA, LDAP, NewRelic

http://thinegan.com/

## Experience

🌀 **Director Of IT Infrastructure & Security**
MoneyLion
Jul 2017 – Present · 2 yrs 10 mos
Kuala Lumpur, Malaysia

Messaging    7

https://www.linkedin.com/in/thinegan/

1/4

**EXHIBIT JJ**
**Blog and LinkedIn Profile of Thinegan Ratnam, Excerpt**



4/1/2020                                        (11) Thinegan Ratnam | LinkedIn

**MoneyLion**
Aug 2014 – Aug 2016 · 2 yrs 1 mo
Kuala Lumpur, Malaysia

**Senior System Administrator**
Binary.com
Jan 2011 – Jul 2014 · 3 yrs 7 mos
Selangor, Malaysia

**System Administrator**
RMG Technology Sdn Bhd
Jul 2006 – Dec 2010 · 4 yrs 6 mos
Cyberjaya, Selangor, Malaysia

**Web Developer**
Bizzare Marketing Sdn Bhd
Jul 2005 – Jun 2006 · 1 yr

**Web Developer**
Genusis Consultancy Sdn Bhd
Jul 2004 – Jun 2005 · 1 yr

Show fewer experiences ⌃

Education

**University Malaya**
Bachelors of Computer Science (Hons), Computer Software Engineering
2000 – 2004

Licenses & Certifications

**AWS Certified Developer - Associate**
Amazon Web Services
Issued Feb 2017 · No Expiration Date
Credential ID AWS-ADEV-8750

See credential

Messaging   7

https://www.linkedin.com/in/thinegan/                                  2/4

52

# EXHIBIT JJ
## Blog and LinkedIn Profile of Thinegan Ratnam, Excerpt

4/1/2020                                    Projects – Thinegan Ratnam

≡Menu



## Thinegan Ratnam

*Agile Infrastructure and Occasional Code Monkey.*

## *Projects*

## Moneylion.com

Moneylion Inc, a short term loans provider. The company managed to release **Moneylion.com**, **Lionloans.com**, **Radiantcash.com**

As a Head of IT Infrastructure, I have architected the expansion of AWS server environment, increasing and safe guarding up to 60 servers. Setup and ensuring information technology security policy are created accordingly and followed through.

Transform the Dev Team into Agile Teamwork. Some of the implementation introduces are such as Atlasssian Jira which use Kanban and Scrum. Continuos Integration which automates the build, test and deployment process using Atlasssian Bamboo, and finally Code management using Atlassian Bitbucket git repository.

I also extended my knowledge into setting up Realtime Business Intelligence service. My approach was to use ElasticSearch Clusters and Kibana reporting tools. This tools help data-analytic to analyze data and build reports on realtime.

# EXHIBIT JJ
## Blog and LinkedIn Profile of Thinegan Ratnam, Excerpt

4/1/2020                                    Projects – Thinegan Ratnam

Tech stack: Atlassian Confluence, Jira, Bitbucket, Bamboo, Java, Maven, MongoDB, PCI, AWS, Debian, DuoSecurity, ElasticSearch, Kibana, Logentries, NewRelic

# Binary.com

I worked on **Binary.com**, a provider of fixed-odd financial contracts, as an employee of Regent Markets (the site's owner) for seven years. The service has a large user base, and I worked to maintaining the system and bring it forward.

I learned a lot about the dynamics of a system engineering during my time there, from how to have the discipline to writing quality perl code, to the difficulties of managing and keeping over 50 servers secure all around the world.

Definitely my pragmatism, attitude toward Getting Things Done.

Tech stack: Perl, Bash, CouchDB, PCI, OpenVZ, Apache2_Modperl, Nginx_SSL_Proxy, AWS, OpenVPN, Scrum, Samange, Jira, Git, Debian, Centos

# Jos2u.biz

I joined Bizarre Marketing as a web developer. I worked on Jos2u.biz a part-time jobbing site.

Tech stack: PHP, Mysql, Redhat, Apache

# Genusis.com

I start my web development career in Genusis Consultancy building web service. This is where I was introduce to open source. I quickly fall in love with the technology and the simplicity of the services.

Project involved:

- Genusis.com - Online sms system (B2B)

# EXHIBIT KK
## Radiant Cash's IP Address Server Location



# EXHIBIT LL
## Home page for infinityels.com



# EXHIBIT MM
## Domain Name Registration Record for infinityels.com

```
Domain Name: INFINITYELS.COM
Registry Domain ID: 1523704383_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2015-08-20T04:35:08Z
Creation Date: 2008-10-10T22:08:53Z
Registrar Registration Expiration Date: 2020-10-10T22:08:53Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited http://www.icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited http://www.icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited http://www.icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited http://www.icann.org/epp#clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Chris Leyva
Registrant Organization:
Registrant Street: 910 Roberta Lane
Registrant City: Sparks
Registrant State/Province: Nevada
Registrant Postal Code: 89431
Registrant Country: United States
Registrant Phone: +1.7752847720
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: general@paydayloanmanager.com
Registry Admin ID:
Admin Name: Chris Leyva
Admin Organization:
Admin Street: 910 Roberta Lane
Admin City: Sparks
Admin State/Province: Nevada
Admin Postal Code: 89431
Admin Country: United States
Admin Phone: +1.7752847720
Admin Phone Ext:
Admin Fax:
```

# EXHIBIT MM
## Domain Name Registration Record for infinityels.com

```
Admin Fax Ext:
Admin Email: general@paydayloanmanager.com
Registry Tech ID:
Tech Name: Chris Leyva
Tech Organization:
Tech Street: 910 Roberta Lane
Tech City: Sparks
Tech State/Province: Nevada
Tech Postal Code: 89431
Tech Country: United States
Tech Phone: +1.7752847720
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: general@paydayloanmanager.com
Name Server: NS1.TESTWEBSITE.NET
Name Server: NS2.TESTWEBSITE.NET
DNSSEC: unsigned
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
```

# EXHIBIT NN
## Archived webpage for paydayloanmanager.com,
## February 23, 2015



6/14/2020                                                    Payday Loan Manager

http://paydayloanmanager.com/AchAutomatedPayment.aspx          Go   SEP  FEB  MAR

19 captures                                                         ◀ 23 ▶
16 Jun 2012 - 29 Dec 2016                                         2014  2015  2016

### Payday Loan Manager
### MANAGER

HOME        PRODUCTS        BENEFITS        DEMO        ACH        CONTACT US

**Payday Loan Manager**
"The Loan Software That Makes You Money"

---

**ACH**
**ARC/ Processing**
**RCK**
**Check Conversion**

**Call 1-866-729-3682 for a demonstration of these payment solutions.**

**Advanced Payment and Collection Systems**
We offer both integrated and stand alone payment processing solutions.

Payday Loan Manager has an integrated ach provider that automatically handles the crediting and debiting on your loans.

Even Payday Loan companies that do not provide online loans can benefit from the new technologies that help collect payments quicker and increase the recovery of NSF's while decreasing the recovery time. Some of the benefits of electronic checks are:

- Faster check payment processing
- Returned items are discovered faster, expediting the collection process
- Transaction reporting available real-time
- Checks are electronically deposited in your account – no trips to the bank
- First claim to available funds
- More presentments
- Lower processing costs
- Faster NSF notification
- Eliminate NSF Fee's
- and much more

Read through these pages and learn more about how you can benefit from the various types of electronic payment and collection programs.

Home | Products | Benefits | Demo | ACH | Contact Us
© Copyright 2007. Payday Loan Manager. All Rights Reserved.

https://web.archive.org/web/20150223173602/http://paydayloanmanager.com/AchAutomatedPayment.aspx                1/2

# EXHIBIT OO
## Infinity's Server Used for Multiple Payday Loan Websites



# EXHIBIT PP
## Plaintiff's FactorTrust Consumer Disclosure, August 7, 2020,
## Additional Information from ChexSystems, Excerpt

FactorTrust                                                      https://www.factortrust.com/consumer/Report.aspx



| Previous Account Inquiry Detail 1 Date | 08152016 | |
| Previous Account Inquiry Detail 1 CustName | CREDITSERV / LOANATLAST | |
| Previous Account Inquiry Detail 1 State | CA | |
| Previous Account Inquiry Detail 1 Zip | 900383989 | |