AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| Jerry Cox, <br><br> *Plaintiff(s)* <br> v. <br> Minto Development Corporation, et al., <br><br> *Defendant(s)* | Civil Action No. 8:20-cv-02563-T-02JSS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  777 Partners, LLC
c/o Frederick A. Love as registered agent
600 Brickell Ave., Suite 1900
Miami, FL 33131

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brandon Morgan, Esq.
Seraph Legal, P.A.
2002 E. 5th Ave. Ste. 104
Tampa, FL 33605
BMorgan@SeraphLegal.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



*ChristineHarris*

Date: **Nov 02, 2020**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Jerry Cox,<br><br>*Plaintiff(s)*<br>v.<br>Minto Development Corporation, et al.,<br><br>*Defendant(s)* | Civil Action No. 8:20-cv-02563-T-02JSS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Benhti Economic Development Corporation
205 Lakeview Dr.
Suite 7
Minto, AK 99758


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Brandon Morgan, Esq.
Seraph Legal, P.A.
2002 E. 5th Ave. Ste. 104
Tampa, FL 33605
BMorgan@SeraphLegal.com


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*ChristineHarris*

Date: **Nov 02, 2020**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| Jerry Cox,<br><br>*Plaintiff(s)*<br>v.<br>Minto Development Corporation, et al.,<br><br>*Defendant(s)* | Civil Action No. 8:20-cv-02563-T-02JSS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Creditserve, Inc.
c/o Christopher Chatham, as registered agent
3109 W. Temple St.
Los Angeles, CA 90026


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brandon Morgan, Esq.
Seraph Legal, P.A.
2002 E. 5th Ave. Ste. 104
Tampa, FL 33605
BMorgan@SeraphLegal.com


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



*ChristineHarris*

Date: **Nov 02, 2020**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| Jerry Cox, | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) ) | Civil Action No.  8:20-cv-02563-T-02JSS |
| Minto Development Corporation, et al., | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Infinity Enterprise Lending Systems
4864 Sparks Blvd
Sparks, NV 89436

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brandon Morgan, Esq.
Seraph Legal, P.A.
2002 E. 5th Ave. Ste. 104
Tampa, FL 33605
BMorgan@SeraphLegal.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

*ChristineHarris*

Date:  **Nov 02, 2020**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Jerry Cox,<br><br>*Plaintiff(s)*<br>v.<br>Minto Development Corporation, et al.,<br><br>*Defendant(s)* | Civil Action No. 8:20-cv-02563-T-02JSS |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Ishwaaswi, LLC
c/o Jessi Lee Phillips Lorenzo
502 S. Fremont Ave., Apt. 1107
Tampa, FL 33606

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brandon Morgan, Esq.
Seraph Legal, P.A.
2002 E. 5th Ave. Ste. 104
Tampa, FL 33605
BMorgan@SeraphLegal.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

*ChristineHarris*

Date: __Nov 02, 2020__

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| Jerry Cox,<br><br>*Plaintiff(s)*<br>v.<br>Minto Development Corporation, et al.,<br><br>*Defendant(s)* | Civil Action No. 8:20-cv-02563-T-02JSS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  ITMedia Solutions, LLC
c/o Paracorp Incorporated, as registered agent
155 Office Plaza Dr., 1st Floor
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brandon Morgan, Esq.
Seraph Legal, P.A.
2002 E. 5th Ave. Ste. 104
Tampa, FL 33605
BMorgan@SeraphLegal.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*ChristineHarris*

Date: **Nov 02, 2020**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| Jerry Cox,<br><br>*Plaintiff(s)*<br>v.<br>Minto Development Corporation, et al.,<br><br>*Defendant(s)* | Civil Action No.  8:20-cv-02563-T-02JSS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  LDF Holdings, LLC
c/o Jessi Lee Phillips Lorenzo
502 S. Fremont Ave., Apt. 1107
Tampa, FL 33606


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brandon Morgan, Esq.
Seraph Legal, P.A.
2002 E. 5th Ave. Ste. 104
Tampa, FL 33605
BMorgan@SeraphLegal.com


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*

*ChristineHarris*

Date:  **Nov 02, 2020**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| Jerry Cox, *Plaintiff(s)* | ) ) ) ) ) ) |
| v. | ) ) Civil Action No. 8:20-cv-02563-T-02JSS |
| Minto Development Corporation, et al., *Defendant(s)* | ) ) ) ) ) ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Midaaswi, LLC
c/o Jessi Lee Phillips Lorenzo
502 S. Fremont Ave., Apt. 1107
Tampa, FL 33606

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brandon Morgan, Esq.
Seraph Legal, P.A.
2002 E. 5th Ave. Ste. 104
Tampa, FL 33605
BMorgan@SeraphLegal.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



Date:  **Nov 02, 2020**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Jerry Cox, <br><br> *Plaintiff(s)* <br> v. <br> Minto Development Corporation, et al., <br><br> *Defendant(s)* | Civil Action No.  8:20-cv-02563-T-02JSS |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Minto Development Corporation
c/o Roxanne Frank, as registered agent
938 Dennis Road
North Pole, AK 99705

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Brandon Morgan, Esq.
Seraph Legal, P.A.
2002 E. 5th Ave. Ste. 104
Tampa, FL 33605
BMorgan@SeraphLegal.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*ChristineHarris*

Date:  **Nov 02, 2020**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| Jerry Cox, | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 8:20-cv-02563-T-02JSS |
| Minto Development Corporation, et al., | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MoneyLion, Inc.
c/o National Registered Agents, Inc., as registered agent
1209 Orange St.
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brandon Morgan, Esq.
Seraph Legal, P.A.
2002 E. 5th Ave. Ste. 104
Tampa, FL 33605
BMorgan@SeraphLegal.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



*ChristineHarris*

Date:  **Nov 02, 2020**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| Jerry Cox, <br><br> *Plaintiff(s)* <br> v. <br> Minto Development Corporation, et al., <br><br> *Defendant(s)* | Civil Action No. 8:20-cv-02563-T-02JSS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Niizhwaaswi, LLC
c/o Jessi Lee Phillips Lorenzo
502 S. Fremont Ave., Apt. 1107
Tampa, FL 33606

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brandon Morgan, Esq.
Seraph Legal, P.A.
2002 E. 5th Ave. Ste. 104
Tampa, FL 33605
BMorgan@SeraphLegal.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*



*ChristineHarris*

Date: **Nov 02, 2020**

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| Jerry Cox, | ) | |
| *Plaintiff(s)* | ) ) ) ) ) | |
| v. | ) ) | Civil Action No.  8:20-cv-02563-T-02JSS |
| Minto Development Corporation, et al., | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Tactical Marketing Partners, LLC
c/o Corporation Service Company as registered agent
251 Little Falls Dr.
Wilmington, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Brandon Morgan, Esq.
Seraph Legal, P.A.
2002 E. 5th Ave. Ste. 104
Tampa, FL 33605
BMorgan@SeraphLegal.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

*ChristineHarris*

Date:   **Nov 02, 2020**

*Signature of Clerk or Deputy Clerk*