**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JERRY COX**

    *Plaintiff*,

    **v.**                          Case No**: 8:20-cv-2563-T-02JSS**

**MINTO DEVELOPMENT**
**CORPORATION, ET AL.,**

    *Defendants*.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

    In accordance with Local Rule 1.04(d), Plaintiff hereby certifies that the instant action:

☐    IS        related to pending or closed civil or criminal cases previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

☒    IS NOT   related to any pending or closed civil or criminal cases filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

    Dated November 18, 2020,

                                              /s/ *Brandon D. Morgan*
                                              Brandon D. Morgan, Esq.
                                              Florida Bar Number: 1015954
                                              Seraph Legal, P. A.
                                              2002 E. 5th Ave., Suite 104
                                              Tampa, FL 33605
                                              (813) 567-1230
                                              bmorgan@seraphlegal.com
                                              *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 18, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, and through that service a copy was sent with e-notice to all parties.

                                               /s/ *Brandon D. Morgan*
                                               Brandon D. Morgan, Esq.
                                               Florida Bar Number: 1015954