**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JERRY COX,**

    Plaintiff,

                                               Case Number: **8:20-cv-2563-T-02JSS**

    v.

**MINTO DEVELOPMENT**
**CORPORATION, ET AL.,**

    Defendants.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT**

    COMES NOW, the Plaintiff, Jerry Cox, by and through his undersigned counsel, and files this Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and herein states as follows:

1) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

- **Jerry Cox,** Plaintiff

- **Brandon D. Morgan** and **Thomas M. Bonan**, attorneys at Seraph Legal, P.A., Counsel for Plaintiff

- **Philip R. Goldberg**, shareholder at Seraph Legal, P.A.

- **Minto Development Corporation,** Defendant

- **Benhti Economic Development Corporation,** Defendant

- **777 Partners, LLC**, Defendant

- **Tactical Marketing Partners,** Defendant

- **LDF Holdings, LLC,** Defendant

- **Midaaswi, LLC,** Defendant

- **Ishwaaswi, LLC,** Defendant

- **MoneyLion, Inc.,** Defendant

- **ITMedia Solutions, LLC,** Defendant

- **Niizhwaaswi, LLC,** Defendant

- **Crediserve, Inc.,** Defendant

- **Infinity Enterprise Lending Systems,** Defendant

2) The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**None known at this time.**

3) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and member of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors) in bankruptcy cases:

**None known at this time**

4) The name of each individual victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Jerry Cox, Plaintiff**

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Dated November 18, 2020,

/s/ *Brandon D. Morgan*
Brandon D. Morgan, Esq.
Florida Bar Number: 1015954
Seraph Legal, P. A.
2002 E. 5th Ave., Suite 104
Tampa, FL 33605
(813) 567-1230
bmorgan@seraphlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. A true and correct copy was sent via e-notice, email, or postal mail to all parties.

/s/ *Brandon D. Morgan*
Brandon D. Morgan, Esq.
Florida Bar Number: 1015954