UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JERRY COX**,

        Plaintiff,

                                                                 Case Number: **8:20-cv-2563-T-02JSS**

v.

**MINTO DEVELOPMENT
CORPORATION, ET AL.,**

        Defendants.
_____/

### NOTICE OF SETTLEMENT AS TO DEFENDANTS 777 PARTNERS, LLC, AND TACTICAL MARKETING PARTNERS, LLC, ONLY

COMES NOW, the Plaintiff, Jerry Cox, to notify this court pursuant to Local Rule 3.08 that he has reached a settlement with Defendants 777 Partners, LLC, and Tactical Marketing Partners, LLC, only. Upon consummation of the settlement terms, the Plaintiff will dismiss Defendants 777 Partners, LLC, and Tactical Marketing Partners, LLC, with prejudice.

This does not affect the claims against the remaining Defendants in any way.

Submitted this November 18, 2020, by:

                                                                                      /s/ *Brandon D. Morgan*
                                                                                      Brandon D. Morgan, Esq.
                                                                                      Florida Bar Number: 1015954
                                                                                      Seraph Legal, P. A.
                                                                                      2002 E. 5th Ave., Suite 104
                                                                                      Tampa, FL 33605
                                                                                      (813) 567-1230
                                                                                      bmorgan@seraphlegal.com
                                                                                      Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 18, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. This document has been served on Defendants' counsel, via a CM/ECF e-service system notice sent to all attorneys of record.

*/s/ Brandon D. Morgan*
Brandon D. Morgan, Esq.
Florida Bar Number: 1015954