UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JERRY COX,

    Plaintiff,

v.   Case No: 8:20-cv-2563-T-02JSS

MINTO DEVELOPMENT CORPORATION, BENHTI ECONOMIC DEVELOPMENT CORPORATION, 777 PARTNERS, LLC, TACTICAL MARKETING PARTNERS, LLC, LDF HOLDINGS, LLC, MIDAASWI, LLC, ISHWAASWI, LLC, MONEYLION, INC., ITMEDIA SOLUTIONS, LLC, NIIZHWAASWI, LLC, CREDITSERVE, INC. and INFINITY ENTERPRISE LENDING SYSTEMS,

    Defendants.
_____/

## O R D E R

The Court has been advised by **the Notice of Settlement (Doc. 11)** that the above-styled action has been settled as to Defendants 777 Partners, LLC and Tactical Marketing Partners, LLC only. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to 777 Partners, LLC and Tactical Marketing Partners, LLC and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to

move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice as to Defendants 777 Partners, LLC and Tactical Marketing Partners, LLC.

    **DONE** and **ORDERED** in Tampa, Florida on November 18, 2020.

                                              s/*William F. Jung*
                                              **WILLIAM F. JUNG**
                                              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record