UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
(TAMPA DIVISION)

CASE NO.: 20-CV-02563

JERRY COX,

      Plaintiff,

v.

MINTO DEVELOPMENT
CORPORATION, et al.,

      Defendants,
_____/

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTE** that the undersigned hereby appears as counsel for Defendant ITMEDIA SOLUTIONS, LLC, in the above-styled cause.

      Respectfully submitted,

      REINER & REINER, P.A.
      9100 So. Dadeland Blvd., Suite 901
      Miami, Florida 33156-7815
      Tel: (305) 670-8282; Fax: (305) 574-0810
      dpr@reinerslaw.com; eservice@reinerslaw.com

      **/S/ DAVID P. REINER, II**
By:_____
**DAVID P. REINER, II**; Fla. Bar No. 416400

## **CERTIFICATE OF SERVICE**

*I HEREBY CERTIFY that on* **December 2, 2020,** *I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.*

        **REINER & REINER, P.A.**
        9100 So. Dadeland Blvd., Suite 901
        Miami, Florida 33156-7815
        Tel: (305) 670-8282;
        Fax: (305) 670-8989
        dpr@reinerslaw.com;
        eservice@reinerslaw.com

        **/S/ DAVID P. REINER, II**
By:_____
**DAVID P. REINER, II**; FBN 416400

**2**

REINER & REINER, P.A.
ONE DATRAN CENTER ⬥ 9100 SOUTH DADELAND BLVD ⬥ SUITE 901 ⬥ MIAMI ⬥ FLORIDA ⬥ 33156 ⬥ TEL: 305 670-8282 ⬥ FAX: 305 574-0810