UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
(TAMPA DIVISION)

CASE NO.: 20-CV-02563

JERRY COX,

        Plaintiff,

v.

MINTO DEVELOPMENT
CORPORATION, et al.,

        Defendants,

_____/

## **UNOPPOSED MOTION FOR EXTENSION**

Defendant, ITMEDIA SOLUTIONS, LLC, by and through undersigned counsel, hereby moves unopposed for a brief extension of time to respond to the Complaint, and in support therefore states as follows:

1. Defendant, ITMEDIA SOLUTIONS, LLC, is a California based LLC, and waived and accepted service of the summons and Complaint in this matter and their response is currently due on **December 4, 2020**.

2. Undersigned counsel has just been retained as local counsel and needs time to familiarize himself with the circumstances of this claim and allow Defendant to possibly retain lead counsel; therefore, Defendant respectfully requests an extension of thirty (30) days, up to and including **January 4, 2021**, within which to file a response to Plaintiff's Complaint. The Plaintiff will not be prejudiced as a result of the granting of this Motion.

3. This Motion for Extension is not being made for the purpose of delay, and no party will be harmed by the granting of this Motion.

4. **Local Rule 3.01(g) Certificate**: Undersigned counsel contacted Plaintiff's counsel regarding this request and is authorized to state the they do not opposing the relief souhght herein.

**WHEREFORE,** Defendant, ITMEDIA SOLUTIONS, LLC, requests an extension of thirty (30) days within which to file a response to Plaintiff's Complaint.

      Respectfully submitted,

      REINER & REINER, P.A.
*Counsel for Defendant, ITMedia Solutions LLC*
9100 So. Dadeland Blvd., Suite 901
Miami, Florida 33156-7815
Tel: (305) 670-8282; Fax: (305) 574-0810
dpr@reinerslaw.com; eservice@reinerslaw.com

      **/S/ DAVID P. REINER, II**
By:_____
**DAVID P. REINER, II**; Fla. Bar No. 416400

2

REINER & REINER, P.A.
ONE DATRAN CENTER ⬥ 9100 SOUTH DADELAND BLVD ⬥ SUITE 901 ⬥ MIAMI ⬥ FLORIDA ⬥ 33156 ⬥ TEL: 305 670-8282 ⬥ FAX: 305 574-0810

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **December 3, 2020,** I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**REINER & REINER, P.A.**
*Counsel for Defendant, ITMedia Solutions LLC*
9100 So. Dadeland Blvd., Suite 901
Miami, Florida 33156-7815
Tel: (305) 670-8282;
Fax: (305) 670-8989
dpr@reinerslaw.com;
eservice@reinerslaw.com

   **/S/ DAVID P. REINER, II**
By:_____
**DAVID P. REINER, II**; FBN 416400
