UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
(TAMPA DIVISION)

CASE NO.: 20-CV-02563

JERRY COX,

    Plaintiff,

v.

MINTO DEVELOPMENT
CORPORATION, et al.,

    Defendants,
_____/

## ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

THIS CAUSE came before the Court upon Defendant, ITMEDIA SOLUTIONS, LLC's Unopposed Motion for Extension of Time to Respond to the Complaint, and the Court being advised, it is:

ORDERED and ADJUDGED that Defendant's Unopposed Motion for Extension of Time is **GRANTED.** The Defendant ITMEDIA SOLUTIONS, LLC shall file its Response to the Complaint on or before **January 4, 2021**.

**DONE** and **ORDERED** in Chambers at Tampa, Florida, this ___ day of December, 2020.

_____
**WILLIAM F. JUNG**
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record