AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.    8:20-cv-02563-T-02JSS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Infinity Enterprise Lending Systems

was received by me on *(date)* 11/18/2020 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Natalie Sprigg, HR Manager , who is designated by law to accept service of process on behalf of Infinity Enterprise Lending Systems at 4864 Sparks Blvd., Sparks, NV 89436 at 9:49 AM on *(date)* 12/3/2020 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 12/3/2020

*Server's signature*

Kathryn Jean Marie Gifford, Process Server #R-102400
*Printed name and title*

Legal Process Service, State Lic 604
105 Mary St.
Reno, NV 89509
*Server's address*

Additional documents served:
Complaint & Jury Trial Demand