**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**JERRY COX,**

    *Plaintiff,*

**v.**                                                                             Case No: 8:20-cv-2563-T-02JSS

**MINTO DEVELOPMENT CORPORATION, ET AL.,**

    *Defendants.*

_____/

**NOTICE OF CHANGE OF ADDRESS**

    In accordance with the Middle District of Florida Administrative Procedures for Electronic Filing, Plaintiff's undersigned counsel hereby provides notice of change of mailing address. Please direct all physical correspondence to the firm's new address as follows:

Seraph Legal, P.A.
1614 N. 19th St.
Tampa, FL 33605

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on December 8, 2020 a true and correct copy of foregoing was filed electronically via the CM/ECF System and served via e-notice on counsel of record for all parties.

                                                                          /s/ *Brandon D. Morgan*
                                                                          Brandon D. Morgan
                                                                          Florida Bar Number: 1015954
                                                                          Seraph Legal, P. A.
                                                                          1614 N. 19th St.
                                                                          Tampa, FL 33605
                                                                          (813) 567-3434
                                                                          BMorgan@SeraphLegal.com
                                                                          *Counsel for Plaintiff*