IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| JERRY COX, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MINTO DEVELOPMENT CORPORATION, BENHTI ECONOMIC DEVELOPMENT CORPORATION, 777 PARTNERS, LLC, TACTICAL MARKETING PARTNERS, LLC, LDF HOLDINGS, LLC, MIDAASWI, LLC, ISHWAASWI, LLC, MONEYLION, INC., ITMEDIA SOLUTIONS, LLC, NIIZHWAASWI, LLC, CREDITSERVE, INC. AND INFINITY ENTERPRISE LENDING SYSTEMS. | ) CASE NO. 8:20-cv-02563-WFJ-JSS |
| | ) |
|       Defendants. | |

**INFINITY ENTERPRISE LENDING SYSTEMS'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant, Infinity Enterprise Lending Systems ("Infinity"), by and through undersigned counsel, hereby moves unopposed for an extension of time to respond to the Complaint, and in support therefore states as follows:

1. Plaintiff filed his Complaint on November 2, 2020.

2. Infinity was served with Plaintiff's Complaint on December 3, 2020, making its response due on December 24, 2020.

3. The undersigned law firm was recently retained to defend Infinity's interest in this lawsuit. The undersigned counsel needs additional time to investigate the allegations and gather information relating to Plaintiff's claims before filing a response.

4. Therefore, Infinity respectfully requests an extension of twenty-seven (27) days, up

to and including January 20, 2021, within which to file a response to Plaintiff's Complaint. The Plaintiff will not be prejudiced as a result of the granting of this Motion.

5. This is the first request for additional time sought by Infinity in this matter.

6. This Motion for Extension is not being made for the purpose of delay, and no party will be harmed by the granting of this Motion.

**WHEREFORE,** Defendant, Infinity Enterprise Lending Systems, requests an extension of twenty-seven (27) days, up through January 20, 2021, within which to file a response to Plaintiff's Complaint.

### CERTIFICATION UNDER LOCAL RULE 3.01(G)

The undersigned counsel certifies that he has conferred with counsel for the Plaintiff, and counsel advised that he has no objection to the relief requested in this Motion.

 /s/ *Zachary D. Miller*
Zachary D. Miller (FL Bar # 95669)

**BURR & FORMAN LLP**
222 Second Avenue South, Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3216
Facsimile: (615) 724-3316
Email: zmiller@burr.com
Secondary Email: agosnell@burr.com;
sfoshee@burr.com

Attorney for Defendant
INFINITY ENTERPRISE LENDING SYSTEMS

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on the following counsel of record by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, facsimile, or e-mail on this the 18th day of December, 2020:

Brandon D. Morgan
Thomas Martin Bonan
Seraph Legal, P.A.
2002 E. 5th Ave, Suite 104
Tampa, FL 33605
bmorgan@seraphlega.com
tbonan@seraphlegal.com
*Counsel for Plaintiff*

David P. Reiner, II
Reiner & Reiner, PA
9100 S. Dadeland Blvd, Sutie 901
Miami, FL 33156
dpr@reinerslaw.com
*Counsel for ITMedia Solutions, LLC*


    /s/ Zachary D. Miller
OF COUNSEL