# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| **JERRY COX,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **MINTO DEVELOPMENT CORPORATION, BENHTI ECONOMIC DEVELOPMENT CORPORATION, 777 PARTNERS, LLC, TACTICAL MARKETING PARTNERS, LLC, LDF HOLDINGS, LLC, MIDAASWI, LLC, ISHWAASWI, LLC, MONEYLION, INC., ITMEDIA SOLUTIONS, LLC, NIIZHWAASWI, LLC, CREDITSERVE, INC. AND INFINITY ENTERPRISE LENDING SYSTEMS.** | ) CASE NO. 8:20-cv-02563-WFJ-JSS |
| **Defendants.** | |

## ORDER GRANTING INFINITY ENTERPRISE LENDING SYSTEMS'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

THIS CAUSE came before the Court upon Defendant, Infinity Enterprise Lending System's Unopposed Motion for Extension of Time to Respond Plaintiff's Complaint (the "Motion"), and the Court being advised, it is:

ORDERED and ADJUDGED that the Motion is **GRANTED.** The Defendant Infinity Enterprise Lending System shall file its Response to the Complaint on or before **January 20, 2021**.

**DONE** and **ORDERED** in Chambers at Tampa, Florida, this ___ day of December, 2020.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record

44711777 v1