UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JERRY COX**,

       Plaintiff,

                                        Case Number: **8:20-cv-2563-T-02JSS**

v.

**MINTO DEVELOPMENT
CORPORATION, ET AL.,**

       Defendants.
_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANT ITMEDIA SOLUTIONS, LLC, ONLY

COMES NOW, the Plaintiff, Jerry Cox, to notify this court pursuant to Local Rule 3.08 that he has reached a settlement with Defendant ITMedia Solutions, LLC, only. Upon consummation of the settlement terms, the Plaintiff will dismiss Defendant ITMedia Solutions, LLC, with prejudice.

This Notice does not affect the claims against the remaining Defendants in any way.

Submitted this December 31, 2020, by:

                                                        /s/ *Brandon D. Morgan*
                                                        Brandon D. Morgan, Esq.
                                                        Florida Bar Number: 1015954
                                                        Seraph Legal, P. A.
                                                         1614 N. 19th St.
                                                         Tampa, FL 33605
                                                         (813) 567-1230
                                                         bmorgan@seraphlegal.com
                                                         Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 31, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. This document has been served on Defendants' counsel, via e-mail and a CM/ECF e-service system notice sent to all attorneys of record.

                                                             */s/ Brandon D. Morgan*
                                                            Brandon D. Morgan, Esq.
                                                            Florida Bar Number: 1015954