# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JERRY COX,

    Plaintiff,

v.   Case No: 8:20-cv-2563-T-02JSS

MINTO DEVELOPMENT CORPORATION, BENHTI ECONOMIC DEVELOPMENT CORPORATION, LDF HOLDINGS, LLC, MIDAASWI, LLC, ISHWAASWI, LLC, MONEYLION, INC., ITMEDIA SOLUTIONS, LLC, NIIZHWAASWI, LLC, CREDITSERVE, INC. and INFINITY ENTERPRISE LENDING SYSTEMS,

    Defendants.
_____/

## O R D E R

The Court has been advised by **the Notice of Settlement (Doc. 20)** that the above-styled action has been settled as to ITMedia Solutions, LLC only. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to ITMedia Solutions, LLC and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice as to ITMedia Solutions, LLC only.

**DONE** and **ORDERED** in Tampa, Florida on January 2, 2021.

                                                 s/*William F. Jung*
                                       **WILLIAM F. JUNG**
                                       **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record