UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JERRY COX,**

    *Plaintiff*,

v.                                               Case No: 8:20-cv-2563-T-02JSS

**MINTO DEVELOPMENT
CORPORATION, ET AL.,**

    *Defendants*.
_____/

## NOTICE OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT ITMEDIA SOLUTIONS, LLC, ONLY

Plaintiff and Defendant ITMedia Solutions, LLC, having resolved this matter between themselves by mutual agreement, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby DISMISSES this action with prejudice as to Defendant ITMedia Solutions, LLC, only, effective January 6, 2021, each party to bear its own costs and attorneys' fees.

Respectfully submitted on January 6, 2021, by:

                                                      /s/ *Brandon D. Morgan*
                                                      Brandon D. Morgan, Esq.
                                                      Florida Bar Number: 1015954
                                                      Seraph Legal, P. A.
                                                      1614 N. 19th St.
                                                      Tampa, FL 33605
                                                      (813) 567-1230
                                                      BMorgan@SeraphLegal.com
                                                      Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 6, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, and through that service a copy was sent with e-notice to all parties.

                                      /s/ *Brandon D. Morgan*
                                      Brandon D. Morgan, Esq.
                                      Florida Bar Number: 1015954