## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**JERRY COX,**

     *Plaintiff*,

**v.**                                **Case No: 8:20-cv-2563-T-02JSS**

**MINTO DEVELOPMENT**
**CORPORATION, ET AL.,**

     *Defendants*.

_____/

## <u>NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS 777 PARTNERS, LLC, AND TACTICAL MARKETING PARTNERS, LLC, ONLY</u>

Plaintiff and Defendants 777 Partners, LLC, and Tactical Marketing Partners, LLC, having resolved this matter between themselves by mutual agreement, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby DISMISSES this action with prejudice as to Defendants 777 Partners, LLC, and Tactical Marketing Partners, LLC, only, effective January 8, 2021, each party to bear its own costs and attorneys' fees.

Respectfully submitted on January 8, 2021, by:

                                  /s/ *Brandon D. Morgan*
                                  Brandon D. Morgan, Esq.
                                  Florida Bar Number: 1015954
                                  Seraph Legal, P. A.
                                  1614 N. 19th St.
                                  Tampa, FL 33605
                                  (813) 567-1230
                                  BMorgan@SeraphLegal.com
                                  Attorney for Plaintiff

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 8, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, and through that service a copy was sent with e-notice to all parties.

/s/ *Brandon D. Morgan*
Brandon D. Morgan, Esq.
Florida Bar Number: 1015954