UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JERRY COX,

    *Plaintiff*,

v.                                                  Case No: 8:20-cv-2563-T-02JSS

MINTO DEVELOPMENT
CORPORATION, ET AL.,

    *Defendants*.

_____/

**NOTICE OF DISMISSAL WITHOUT PREJUDICE
AS TO DEFENDANTS LDF HOLDINGS, LLC, MIDAASWI, LLC, ISHWAASWI, LLC,
NIIZHWAASWI, LLC, AND CREDITSERVE, INC.**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby DISMISSES all claims against Defendants LDF Holdings, LLC, Midaaswi, LLC, Ishwaaswi, LLC, Niizhwaaswi, LLC, and Creditserve, Inc., from this action without prejudice, effective January 14, 2021, each party to bear their own costs and attorneys' fees.

This Notice does not affect Plaintiff's claims against the remaining Defendants.

Respectfully submitted on January 14, 2021, by:

                                                   /s/ *Brandon D. Morgan*
                                                   Brandon D. Morgan, Esq.
                                                   Florida Bar Number: 1015954
                                                   Seraph Legal, P. A.
                                                   1614 N. 19th St.
                                                   Tampa, FL 33605
                                                   (813) 567-1230
                                                   BMorgan@SeraphLegal.com
                                                   Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, and through that service a copy was sent with e-notice to all parties.

/s/ *Brandon D. Morgan*
Brandon D. Morgan, Esq.
Florida Bar Number: 1015954