# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| JERRY COX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MINTO DEVELOPMENT CORPORATION, BENHTI ECONOMIC DEVELOPMENT CORPORATION, 777 PARTNERS, LLC, TACTICAL MARKETING PARTNERS, LLC, LDF HOLDINGS, LLC, MIDAASWI, LLC, ISHWAASWI, LLC, MONEYLION, INC., ITMEDIA SOLUTIONS, LLC, NIIZHWAASWI, LLC, CREDITSERVE, INC. AND INFINITY ENTERPRISE LENDING SYSTEMS. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) CASE NO. 8:20-cv-02563-WFJ-JSS |
| Defendants. | ) |

## INFINITY ENTERPRISE LENDING SYSTEMS'S SECOND *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, Infinity Enterprise Lending Systems ("Infinity"), by and through undersigned counsel, hereby moves unopposed for a second extension of time to respond to the Complaint, and in support thereof states as follows:

1. Plaintiff filed his Complaint on November 2, 2020.

2. Infinity's current deadline to respond to the Complaint is January 20, 2021. (*See* ECF No. 19.)

3. Plaintiff and Infinity are in the midst of substantive discussions regarding the resolution of the claim against Infinity, and Infinity requests additional time continue those discussions in advance filing a response to the Complaint.

4. Therefore, Infinity respectfully requests this brief extension of fourteen (14) days,

44836896 v1

up to and including February 3, 2021, within which to file a response to Plaintiff's Complaint. The Plaintiff will not be prejudiced as a result of the granting of this Motion.

5.   This is the second request for additional time sought by Infinity in this matter.

6.   This Motion for Extension is not being made for the purpose of delay, and no party will be prejudiced by the granting of this Motion.

**WHEREFORE,** Defendant, Infinity Enterprise Lending Systems, requests an extension of fourteen (14) days, up through February 3, 2021, within which to file a response to Plaintiff's Complaint.

### CERTIFICATION UNDER LOCAL RULE 3.01(G)

The undersigned counsel certifies that he has conferred with counsel for the Plaintiff, and counsel advised that he has no objection to the relief requested in this Motion.

*/s/ Zachary D. Miller*
Zachary D. Miller (FL Bar # 95669)

**BURR & FORMAN LLP**
222 Second Avenue South, Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3216
Facsimile: (615) 724-3316
Email: zmiller@burr.com
Secondary Email: agosnell@burr.com;
sfoshee@burr.com

Attorney for Defendant
INFINITY ENTERPRISE LENDING SYSTEMS

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served on the following counsel of record by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, facsimile, or e-mail on this the 14th day of January, 2021:

Brandon D. Morgan
Thomas Martin Bonan
Seraph Legal, P.A.
2002 E. 5th Ave, Suite 104
Tampa, FL 33605
bmorgan@seraphlega.com
tbonan@seraphlegal.com
*Counsel for Plaintiff*

David P. Reiner, II
Reiner & Reiner, PA
9100 S. Dadeland Blvd, Sutie 901
Miami, FL 33156
dpr@reinerslaw.com
*Counsel for ITMedia Solutions, LLC*

                                            */s/ Zachary D. Miller*
                                            OF COUNSEL