IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| JERRY COX,<br><br>    *Plaintiff*,<br><br>v.<br><br>MINTO DEVELOPMENT CORPORATION,<br>BENHTI ECONOMIC DEVELOPMENT<br>CORPORATION,<br>777 PARTNERS, LLC,<br>TACTICAL MARKETING PARTNERS, LLC,<br>LDF HOLDINGS, LLC,<br>MIDAASWI, LLC,<br>ISHWAASWI, LLC,<br>MONEYLION, INC.,<br>ITMEDIA SOLUTIONS, LLC,<br>NIIZHWAASWI, LLC,<br>CREDITSERVE, INC., and<br>INFINITY ENTERPRISE LENDING SYSTEMS,<br><br>    *Defendants*. | Case No. 8:20-cv-02563-WFJ-JSS |

## **WAIVER OF THE SERVICE OF SUMMONS**

To:   Brandon Morgan, Esq.
      Seraph Legal, P.A.
      1614 N. 19th St.
      Tampa, FL 33605
      bmorgan@seraphlegal.com
      *Attorneys for the Plaintiff*

I have received your request to waive service of a summons to Defendant, Minto Development Corporation (the "Defendant") in this action, along with a copy of the complaint. The Defendant agrees to save the expense of serving a summons and complaint in this case. I understand that the Defendant will keep all defenses or objections to the lawsuit, the Court's jurisdiction, and the venue of the action, but waives any objections to the

absence of a summons or of service.  I also understand that the Defendant must file and serve an answer or a motion under Rule 12 within 60 days from January 8, 2021, the date when your request was sent, and that if the Defendant fails to do so, a default judgment may be entered against it.

Date:  January 12, 2021

| | |
|---|---|
| <u>Minto Development Corporation</u><br>*Party waiving service* | <u>/s/  Dominic A. Isgro</u><br>Dale R. Sisco, Esq.<br>dsisco@sisco-law.com<br>Florida Bar No. 559679<br>Dominic A. Isgro, Esq.<br>disgro@sisco-law.com<br>Florida Bar No. 113318<br>1110 N. Florida Avenue<br>Tampa, FL  33602<br>(813) 224-0555<br>(813) 221-9736 Facsimile<br>*Attorneys for Minto Development Corporation* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic means on January 12, 2021 upon the following person(s):

Brandon Morgan, Esq.
Seraph Legal, P.A.
1614 N. 19th St.
Tampa, FL 33605
bmorgan@seraphlegal.com
*Attorneys for the Plaintiff*

<u>/s/  Dominic A. Isgro</u>
Attorney
