IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| JERRY COX,<br><br>　　　　*Plaintiff*,<br><br>v.<br><br>MINTO DEVELOPMENT CORPORATION,<br>BENHTI ECONOMIC DEVELOPMENT<br>CORPORATION,<br>777 PARTNERS, LLC,<br>TACTICAL MARKETING PARTNERS, LLC,<br>LDF HOLDINGS, LLC,<br>MIDAASWI, LLC,<br>ISHWAASWI, LLC,<br>MONEYLION, INC.,<br>ITMEDIA SOLUTIONS, LLC,<br>NIIZHWAASWI, LLC,<br>CREDITSERVE, INC., and<br>INFINITY ENTERPRISE LENDING SYSTEMS,<br><br>　　　　*Defendants*. | Case No. 8:20-cv-02563-WFJ-JSS |

## WAIVER OF THE SERVICE OF SUMMONS

To:　Brandon Morgan, Esq.
　　Seraph Legal, P.A.
　　1614 N. 19th St.
　　Tampa, FL 33605
　　bmorgan@seraphlegal.com
　　*Attorneys for the Plaintiff*

I have received your request to waive service of a summons to Defendant, Benhti Economic Development Corporation (the "Defendant") in this action, along with a copy of the complaint. The Defendant agrees to save the expense of serving a summons and complaint in this case. I understand that the Defendant will keep all defenses or objections to the lawsuit, the Court's jurisdiction, and the venue of the action, but waives any objections

to the absence of a summons or of service.  I also understand that the Defendant must file and serve an answer or a motion under Rule 12 within 60 days from January 8, 2021, the date when your request was sent, and that if the Defendant fails to do so, a default judgment may be entered against it.

Date:  January 12, 2021

| Benhti Economic Development Corporation | /s/  Dominic A. Isgro |
|---|---|
| *Party waiving service* | Dale R. Sisco, Esq. |
| | dsisco@sisco-law.com |
| | Florida Bar No. 559679 |
| | Dominic A. Isgro, Esq. |
| | disgro@sisco-law.com |
| | Florida Bar No. 113318 |
| | 1110 N. Florida Avenue |
| | Tampa, FL  33602 |
| | (813) 224-0555 |
| | (813) 221-9736 Facsimile |
| | *Attorneys for Benhti Economic* |
| | *Development Corporation* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronic means on January 12, 2021 upon the following person(s):

Brandon Morgan, Esq.
Seraph Legal, P.A.
1614 N. 19th St.
Tampa, FL 33605
bmorgan@seraphlegal.com
*Attorneys for the Plaintiff*

/s/  Dominic A. Isgro
Attorney