**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JERRY COX**,

        Plaintiff,

                              Case Number: **8:20-cv-2563-T-02JSS**

   v.

**MINTO DEVELOPMENT**
**CORPORATION, ET AL.**,

        Defendants.
_____/

**NOTICE OF SETTLEMENT AS TO DEFENDANT**
**INFINITY ENTERPRISE LENDING SYSTEMS ONLY**

COMES NOW, the Plaintiff, Jerry Cox, to notify this court pursuant to Local Rule 3.08 that he has reached a settlement with Defendant Infinity Enterprise Lending Systems only. Upon consummation of the settlement terms, the Plaintiff will dismiss Defendant Infinity Enterprise Lending Systems with prejudice.

This Notice does not affect the claims against the remaining Defendants in any way.

Submitted this January 20, 2021, by:

                                              /s/ *Brandon D. Morgan*
                                              Brandon D. Morgan, Esq.
                                              Florida Bar Number: 1015954
                                              Seraph Legal, P. A.
                                              1614 N. 19th St.
                                              Tampa, FL 33605
                                              (813) 567-1230
                                              bmorgan@seraphlegal.com
                                              Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 20, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. This document has been served on Defendants' counsel, via e-mail and a CM/ECF e-service system notice sent to all attorneys of record.

                                        */s/ Brandon D. Morgan*
                                        Brandon D. Morgan, Esq.
                                        Florida Bar Number: 1015954