UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JERRY COX,

    Plaintiff,

v.                                                                                          Case No: 8:20-cv-2563-T-02JSS

MINTO DEVELOPMENT
CORPORATION, BENHTI
ECONOMIC DEVELOPMENT
CORPORATION, LDF HOLDINGS,
LLC, MIDAASWI, LLC, ISHWAASWI,
LLC, MONEYLION, INC.,
NIIZHWAASWI, LLC,
CREDITSERVE, INC. and INFINITY
ENTERPRISE LENDING SYSTEMS,

    Defendants.
_____/

## O R D E R

The Court has been advised by **the Notice of Settlement (Doc. 32)** that the above-styled action has been settled as to Defendant Infinity Enterprise Lending Systems only. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to Defendant Infinity Enterprise Lending Systems and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice as to Defendant Infinity Enterprise Lending Systems.

**DONE** and **ORDERED** in Tampa, Florida on January 20, 2021.

        s/*William F. Jung*
**WILLIAM F. JUNG**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record