## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**JERRY COX,**

    *Plaintiff*,

**v.**                                                            **Case No: 8:20-cv-2563-T-02JSS**

**MINTO DEVELOPMENT CORPORATION, ET AL.,**

    *Defendants*.

_____/

## NOTICE OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT INFINITY ENTERPRISE LENDING SYSTEMS ONLY

Plaintiff and Defendant Infinity Enterprise Lending Systems, having resolved this matter between themselves by mutual agreement, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby DISMISSES this action with prejudice as to Defendant Infinity Enterprise Lending Systems only, effective March 2, 2021, each party to bear its own costs and attorneys' fees.

Respectfully submitted on March 2, 2021, by:

                                                      /s/ *Brandon D. Morgan*
                                                      Brandon D. Morgan, Esq.
                                                      Florida Bar Number: 1015954
                                                      Seraph Legal, P. A.
                                                      1614 N. 19th St.
                                                      Tampa, FL 33605
                                                      (813) 567-1230
                                                      BMorgan@SeraphLegal.com
                                                      Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      I hereby certify that on March 2, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, and through that service a copy was sent with e-notice to all parties.

                                              /s/ *Brandon D. Morgan*
                                              Brandon D. Morgan, Esq.
                                              Florida Bar Number: 1015954