UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JERRY COX**,

        Plaintiff,

                                                Case Number: **8:20-cv-2563-T-02JSS**

   v.

**MINTO DEVELOPMENT
CORPORATION, ET AL.,**

        Defendants.
_____/

## NOTICE OF SETTLEMENT AS TO DEFENDANTS MINTO DEVELOPMENT CORPORATION, BENHTI ECONOMIC DEVELOPMENT CORPORATION, AND MONEYLION, INC.

COMES NOW, the Plaintiff, Jerry Cox, to notify this court pursuant to Local Rule 3.09 that he has reached a settlement with Defendants Minto Development Corporation, Benhti Economic Development Corporation, and MoneyLion, Inc. Upon consummation of the settlement terms, the Plaintiff will dismiss Defendants with prejudice.

Submitted this March 4, 2021, by:

                                                    /s/ *Brandon D. Morgan*
                                                    Brandon D. Morgan, Esq.
                                                    Florida Bar Number: 1015954
                                                    Seraph Legal, P. A.
                                                    1614 N. 19th St.
                                                    Tampa, FL 33605
                                                    (813) 567-1230
                                                    bmorgan@seraphlegal.com
                                                    Counsel for Plaintiff

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 4, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF. This document has been served on Defendants' counsel, via e-mail and a CM/ECF e-service system notice sent to all attorneys of record.

                                                    */s/ Brandon D. Morgan*
                                                    Brandon D. Morgan, Esq.
                                                    Florida Bar Number: 1015954