UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JERRY COX,

    Plaintiff,

v.                          Case No: 8:20-cv-2563-WFJ-JSS

MINTO DEVELOPMENT
CORPORATION, BENHTI
ECONOMIC DEVELOPMENT
CORPORATION, LDF HOLDINGS,
LLC, MIDAASWI, LLC, ISHWAASWI,
LLC, MONEYLION, INC.,
NIIZHWAASWI, LLC and
CREDITSERVE, INC.,

    Defendants.
_____/

**O R D E R**

The Court has been advised by **the Notice of Settlement (Dkt. 37)** that the above-styled action has been settled as to Defendants Minto Development Corporation, Benhti Economic Development Corporation, and MoneyLion, Inc. only. Accordingly, pursuant to Local Rule 3.09, M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice as to these Defendants only and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice as to

Defendants Minto Development Corporation, Benhti Economic Development Corporation, and MoneyLion, Inc. only.

**DONE** and **ORDERED** in Tampa, Florida on March 4, 2021.

                                                s/*William F. Jung*
                                                **WILLIAM F. JUNG**
                                                **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record