**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**JERRY COX,**

    *Plaintiff*,

**v.**                                                                                   **Case No: 8:20-cv-2563-T-02JSS**

**MINTO DEVELOPMENT**
**CORPORATION, ET AL.,**

    *Defendants*.

_____/

**NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS**
**MINTO DEVELOPMENT CORPORATION, BENHTI ECONOMIC**
**DEVELOPMENT CORPORATION, AND MONEYLION, INC.**

    Plaintiff and Defendants Minto Development Corporation, Benhti Economic Development Corporation, and MoneyLion, Inc., having resolved this matter between themselves by mutual agreement, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby DISMISSES this action with prejudice as to these Defendants, effective April 6, 2021, each party to bear its own costs and attorneys' fees.

    Respectfully submitted on April 6, 2021, by:

                                                       /s/ *Brandon D. Morgan*
                                                     Brandon D. Morgan, Esq.
                                                     Florida Bar Number: 1015954
                                                     Seraph Legal, P. A.
                                                     1614 N. 19th St.
                                                     Tampa, FL 33605
                                                     (813) 567-1230
                                                     BMorgan@SeraphLegal.com
                                                     Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on April 6, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, and through that service a copy was sent with e-notice to all parties.

                                                           */s/ Brandon D. Morgan*
                                                           Brandon D. Morgan, Esq.
                                                           Florida Bar Number: 1015954